| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Fibre-Tech Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **59-2802008** |
| 4. | **Debtor's address** | **Principal place of business**  **2323 34th Way N.**  **Largo, FL 33771**  Number, Street, City, State & ZIP Code  **Pinellas**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.fibretechinc.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **Fibre-Tech Inc.**  Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **2389**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **Fibre-Tech Inc.**
Name

Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Fibre-Tech Inc.**_____  Case number (*if known*)_____
         Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Fibre-Tech Inc.**      Case number (*if known*)
    Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 9, 2025**
                        MM / DD / YYYY

**X**   **/s/ Seth Aaron Morris**             **Seth Aaron Morris**
    Signature of authorized representative of debtor     Printed name

Title    **Vice President**

**18. Signature of attorney**

**X**   **/s/ Alberto ("Al") F. Gomez, Jr.**        Date   **April 9, 2025**
    Signature of attorney for debtor                        MM / DD / YYYY

**Alberto ("Al") F. Gomez, Jr. 784486**
Printed name

**Johnson, Pope, Bokor,**
Firm name

**Ruppel & Burns, LLP**
**400 N Ashley Dr. #3100**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone   **813-225-2500**     Email address

**784486 FL**
Bar number and State

# United States Bankruptcy Court
## Middle District of Florida

In re **Fibre-Tech Inc.**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 9, 2025**

**/s/ Seth Aaron Morris**  
**Seth Aaron Morris**/**Vice President**  
Signer/Title

Fibre-Tech Inc.
2323 34th Way N.
Largo, FL 33771

BBB of West Florida
c/o Karen W. Nalven, R.A.
2655 McCormick Dr.
Clearwater, FL 33759

Daniel & Christina Angel
8327 15th St N
Saint Petersburg, FL 33702

Alberto ("Al") F. Gomez, Jr.
Johnson, Pope, Bokor,
  Ruppel & Burns, LLP
400 N Ashley Dr. #3100
Tampa, FL 33602

Bradley & Kathy Pendergrass
1906 Dove Field Place
Brandon, FL 33510

David Ervast
4617 Oak River Cir.
Valrico, FL 33596

3 Prime Financial
3495 Hamilton Ave
Sarasota, FL 34242

Carlton Fields
4221 W Boy Scout Blvd #1000
Tampa, FL 33607

Deborah and Simon Horsey
3408 Ohio Ave
Tampa, FL 33611

Advanced Data Solutions
PO Box 248
Oldsmar, FL 34677

Chase (Amazon Prime)
Attn:  General Counsel
PO Box 81226
Seattle, WA 98108-1226

E.E.I. Security
PO Box 17849
Tampa, FL 33682

Amazon Capital Services
PO Box 035184
Seattle, WA 98124

Cintas Corporation
6800 Cintas Blvd.
Mason, OH 45040

Eagles Walk Spa
13761 Eagles Walk Dr
Clearwater, FL 33762

AO Prop Co 1 LLC
c/o Northpointam
333 3rd Ave N #400
Saint Petersburg, FL 33701

City of Murray Kentucky
c/o Hopkins Law Office
405 Maple Street, Ste. B
Murray, KY 42071

Englander & Fischer PA
712 First Ave. N.
Saint Petersburg, FL 33701

AOC LLC
15540 Collections Ctr Dr
Chicago, IL 60693

Composites One LLC
955-10 National Pkwy
Schaumburg, IL 60173

Fiberlay, Inc.
1468 Northgate Blvd
Sarasota, FL 34234

Armchem International Corp
3563 NW 53 Ct
Fort Lauderdale, FL 33309

Crystal Clean LLC
c/o Janet O'Donnell, R.A.
300 Columbia Dr
Unit 1403
Cape Canaveral, FL 32920

FL Dep of Revenue
Collection Agency Section
5050 W Tennessee St.
Tallahassee, FL 32399

Bank of America
PO Box 851001
Dallas, TX 75285

Cynthia kielb
13961 86th Ave
Seminole, FL 33776

FL Swimming Pool Assoc.
c/o Elizabeth McMurray, R.A.
2555 Porter Lake Dr.
Suite 106
Sarasota, FL 34240

Gayle Teri
Valley Dale RO Ass.
37501 Martindale Ave
Zephyrhills, FL 33542

JASM Limited Partnership
2323 34th Way N
Saint Petersburg, FL 33711

Kemper Auto Commercial
11700 Great Oaks Way #450
Alpharetta, GA 30022

Grainger
PO Box 419267
Dept 8262
Kansas City, MO 64141

Jennifer Geertz & Mike Evans
3604 Belle Vista Dr E
Saint Petersburg, FL 33706

Lauren Brickman
12125 100th Ave
Seminole, FL 33772

Gulf Coast Chemical Corp.
101 Wayne Place
Tampa, FL 33619

JNS-SmithChem LLC
90 6th Ave.
Paterson, NJ 07524

Lorrie Viola
403 Westborough Lane
Safety Harbor, FL 34695

Hillsborough County Tax
  Collector
601 E. Kennedy Blvd.
14th Floor
Tampa, FL 33602-4931

Joe Thornton
2936 Clubhouse Dr W
Clearwater, FL 33761

Matthew Gil & Katrina Fins
631 Lake Forest Rd
Clearwater, FL 33765

Home Depot
Dept 32-2139347805
PO Box 9001030
Louisville, KY 40290

John & Heather Chalmers
1727 Penny Lane
Clearwater, FL 33756

Merrill Lynch
Document Processing
PO Box 31024
Tampa, FL 33631-3024

INEOS Composites US LLC
955 Yard St.
Suite 400
Columbus, OH 43212

John & Judith Osborne
3504 50th Ave E
Bradenton, FL 34203

Michael Fisher
14401 Walden Sheffield Rd
Dover, FL 33527

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Johnson, Pope, Bokor, Ruppel
400 N Ashley Dr #3100
Tampa, FL 33602

Noble Tile Supply FL, Inc.
c/o Dustin Gunderson, VP
7440 State Hwy 121
McKinney, TX 75070

James & Judy Nihiser
7110 91st St E
Palmetto, FL 34221

Kalmia Condominium
c/o Resource Property Mgmt
1235 S Highland Ave
Clearwater, FL 33756

O'Reilly Automotive Stores
233 S. Patterson Ave.
Springfield, MO 65802

James Carini
2123 Pine Ridge Dr
Clearwater, FL 33763

Kelley Ditto
1618 E Lake Dr
Fort Lauderdale, FL 33316

Olivier Milhaud
c/o South Seas Holding Lmtd
9315 9th Ave NW
Bradenton, FL 34209

Paul & Barbara Dugan
1218 Grenada Ave
Clearwater, FL 33764

Paver Supply Warehouse LLC
c/o Bhushan Lele
2301 34th Way North
Largo, FL 33771

Peninsula Polymers/DEEKS
3401 College Blvd. #230
Leawood, KS 66211

Pool & Hot Tub Alliance
1650 King St.
Suite 602
Alexandria, VA 22314

R&L Carriers, Inc.
600 Gillam Rd
Wilmington, OH 45177

River Run Condominium Ass.
of Hernando Cnty Inc
6565 River Lodge Lane
Spring Hill, FL 34607

Scott Morris
3851 Shore Blvd.
Oldsmar, FL 34677

Scott Morris
3851 Shore Blvd
Oldsmar, FL 34677

Scott Morris LMA Murray
3851 Shore Blvd.
Oldsmar, FL 34677

SCP Distributors LLC
109 Northpark Blvd
Covington, LA 70433

Seth A. Morris
3570 63rd Way N.
Saint Petersburg, FL 33710

Sherwin-Williams
101 W. Prospect Ave.
Cleveland, OH 44115

St. Joseph's Hospital North
Baycare Health System, Inc.
Attn: Legal Svcs Dept
2985 Drew St
Clearwater, FL 33759

Stan & Margaret de Freitas
303 Arlington Ave W
Oldsmar, FL 34677

Sustainably Aquatics II LLC
c/o Scott A. Morris, R.A.
3851 Shore Blvd.
Oldsmar, FL 34677

SZ Waco Apts LLC & The Scion
Group LLC
2826 S University Parks Dr
Waco, TX 76706

Tara & Terry Brumm
c/o Athena Pearl Riley
Bernhardt Riley, PLLC
108 Bailey Dr #2
Niceville, FL 32578

Texas Comptroller
111 E 17th St.
Austin, TX 78774

The Hartford
One Harford Plaza
Hartford, CT 06155

The Whitaker Company
d/b/a Whitaker Oil Company
1557 Marrietta Rd NW
Atlanta, GA 30318

Total Essentials
19425 Soledad Canyon Rd #241
Canyon Country, CA 91351

U.S. Saws, Inc.
c/o David W. Glynn, R.A.
8004 E. Broadway
Suite B
Tampa, FL 33619

US Small Business Admin.
2 North St. #320
Birmingham, AL 35203