**Fill in this information to identify the case:**

Debtor name  **Fibre-Tech Inc.**

United States Bankruptcy Court for the:  **MIDDLE DISTRICT OF FLORIDA**

Case number (if known)  **25-02205**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration     **Statement of Financial Affairs**
**List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 25, 2025**          X **/s/ Seth Aaron Morris**

Signature of individual signing on behalf of debtor

**Seth Aaron Morris**
Printed name

**Vice President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Fibre-Tech Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **25-02205**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................  $ _____84,557.56_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................  $ _____255,307.69_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................  $ _____339,865.25_

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................  $ _____141,166.55_

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................  $ _____4,642.20_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................  +$ _____1,018,614.77_

4.  Total liabilities ......................................................................................................
   Lines 2 + 3a + 3b

   $ _____1,164,423.52_

| Fill in this information to identify the case: |
|---|
| Debtor name **Fibre-Tech Inc.** |
| United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA |
| Case number (if known)  **25-02205** |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 2. | **Cash on hand** | | | **$988.33** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Hancock Whitney Bank** | **Checking** | **1741** | **$42,304.55** |
| 3.2. | **Hancock Whitney Bank** | **Checking** | **3141** | **$0.00** |
| 3.3. | **Hancock Whitney Bank** | **checking** | **7716** | **$0.00** |
| 3.4. | **Hancock Whitney Bank** | **Reserve Checking** | **7889** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$43,292.88

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

| | |
|---|---|
| Debtor **Fibre-Tech Inc.** | Case number *(If known)* **25-02205** |
| Name | |

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1.  **Utility deposit**                                                                 **$375.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                 **$375.00**
   Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  **Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

   11a. 90 days old or less:        **10,883.49**  -  **0.00**  = ....        **$10,883.49**
                                    face amount          doubtful or uncollectible accounts

   11b. Over 90 days old:          **13,400.94**  -  **13,400.94**  =....        **$0.00**
                                    face amount          doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                 **$10,883.49**
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  **Investments**

13. Does the debtor own any investments?

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Resin fillers: Safesil, Talc, Additol** | weekly | Unknown | Recent cost | $4,069.64 |

Debtor    **Fibre-Tech Inc.**                                    Case number *(If known)* **25-02205**
          Name

| **Resin -ORCA Composites product nos. 380, 550** | weekly | Unknown | Recent cost | $8,314.20 |

| 20. | **Work in progress Signed contracts -jobs in progress** | weekly | $61,007.00 | Revenue based | $61,007.00 |

21.     **Finished goods, including goods held for resale**

22.     **Other inventory or supplies**

23.     **Total of Part 5.**                                                    | $73,390.84 |
        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ☐ No
        ■ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ☐ No
        ■ Yes. Book value    36,844.56    Valuation method    **Purchase Price**    Current Value    36,844.56

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

---
**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**
---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---
**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**
---

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture FF&E** | $23,033.34 | **Estimate** | $7,677.78 |

40.     **Office fixtures**

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software Computers** | $15,191.16 | **Estimate** | $5,063.72 |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Debtor    **Fibre-Tech Inc.**                                    Case number *(If known)*  **25-02205**
          Name

| | | | |
|---|---|---|---|
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | **$12,741.50** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of**<br>**debtor's interest**<br>(Where available) | **Valuation method used**<br>**for current value** | **Current value of**<br>**debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2014 Nissan Frontier**<br>**VIN: 1N6BD0CT6EN723684** | **Unknown** | **Estimate** | **$6,000.00** |
| 47.2. | **Trailers**<br>**Motor Cycle Trailer**<br>**VIN:1C9O141P3NF158511**<br>**1990/ALTA (RGR) VIN: 909739** | **Unknown** | **Estimate** | **$3,000.00** |
| 47.3. | **2010 Ford F250 SD - VIN:**<br>**1FTSX2A51AEBO8562 - This vehicle has**<br>**a blown motor and requires a significant**<br>**amount of money to repair.** | **Unknown** | **Estimate** | **$250.00** |
| 47.4. | **2017 Ram Promaster, VIN:**<br>**3C6TRVAGOHE52O916** | **Unknown** | **Estimate** | **$7,000.00** |
| 47.5. | **2015 Nissan NV 200**<br>**VIN: 3N6CM0KN0FK696352** | **$6,559.00** | **Estimate** | **$6,300.00** |
| 47.6. | **2018 Ford PK**<br>**VIN: 1FTEX1C94JKD81647** | **Unknown** | **Estimate** | **$14,000.00** |
| 47.7. | **1999 FB Trailer**<br>**VIN: 4C0FS1828XA000364** | **Unknown** | **Estimate** | **$350.00** |
| 47.8. | **2000 EXPS Trailer**<br>**VIN: 4DAB13434YY001065** | **Unknown** | **Estimate** | **$2,000.00** |
| 47.9. | **2019 Black Ram VIN ending 1815** | **$24,707.96** | **Estimate** | **$16,000.00** |

Debtor    **Fibre-Tech Inc.**                                      Case number *(If known)*  **25-02205**
_____
Name

47.10 **2011 Toyota Tundra, VIN:**
  **5TFRM5F16BX034172 - the engine**
  **isblown and requirs a significant**
  **amount of money to repair.**          **Unknown**    **Estimate**              **$250.00**

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
        floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm**
        **machinery and equipment)**
        **Miscellaneous hand tools and pumps for 13**
        **crews**                         **Unknown**    **Estimate**            **$5,460.00**

51.     **Total of Part 8.**                                              **$60,610.00**
        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ☐ No
        ■ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

        ☐ No.  Go to Part 10.
        ■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2323 34th Way N. in Largo, Florida** | **Leasehold Interest** | **$84,557.56** | **Book Value** | **$84,557.56** |

56.     **Total of Part 9.**                                              **$84,557.56**
        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
        Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
        ☐ No
        ■ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

| Debtor | Fibre-Tech Inc. | Case number *(If known)* 25-02205 |
|---|---|---|
| | Name | |

■ No
☐ Yes

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>Fibre Tech Logo | Unknown | N/A | Unknown |
| 61. | **Internet domain names and websites**<br>Go Daddy domain: fibretechinc.com | Unknown | N/A | $100.00 |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |
| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | | | $100.00 |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
☐ No
■ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |

Debtor    **Fibre-Tech Inc.**                                  Case number *(If known)* **25-02205**
          Name

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

       **Counter Claim against Tara and Terry Brumm**                          **Unknown**
       **Nature of claim**
       **Amount requested**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**
       **attorney fee claim as the prevailing party in litigation
       against Dwayne and Alice Worthington**                                  **$17,325.00**
       **Nature of claim**          **Attorney fees**
       **Amount requested**              **$17,325.00**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

       **Restitution from Lisa Biron**                                         **$36,588.98**

78.    **Total of Part 11.**                                             **$53,913.98**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Debtor | **Fibre-Tech Inc.** | Case number *(If known)* **25-02205** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $43,292.88 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $375.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,883.49 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $73,390.84 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,741.50 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $60,610.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................................> | | $84,557.56 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $100.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $53,913.98 | |
| 91. **Total.** Add lines 80 through 90 for each column | $255,307.69 | + 91b. $84,557.56 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92          $339,865.25

**Fill in this information to identify the case:**

Debtor name **Fibre-Tech Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **25-02205**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **The Whitaker Company** | | |
|---|---|---|---|

Creditor's Name

**d/b/a Whitaker Oil Company**
**1557 Marrietta Rd NW**
**Atlanta, GA 30318**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/12/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**styrene monomer**          $3,452.72          $59,695.20

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| 2.2 | **US Small Business Admin.** | | |
|---|---|---|---|

Creditor's Name

**2 North St. #320**
**Birmingham, AL 35203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/30/2020**
**Last 4 digits of account number**
**6635**
**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All assets of the Debtor**          $137,713.83          $150,000.00

**Describe the lien**
**UCC1**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Debtor  **Fibre-Tech Inc.**
        Name

Case number (*if known*)    **25-02205**

☑ No

☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$141,166.55** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Fibre-Tech Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **25-02205**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$0.00** | **$0.00** |

| 2.1 | | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **FL Dep of Revenue** | ☐ Contingent |
| | **Collection Agency Section** | ☐ Unliquidated |
| | **5050 W Tennessee St.** | ☐ Disputed |
| | **Tallahassee, FL 32399** | |
| | Date or dates debt was incurred | Basis for the claim: **for informational purposes only** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Internal Revenue Service** | ☐ Contingent | | |
| | **P.O. Box 7346** | ☐ Unliquidated | | |
| | **Philadelphia, PA 19101-7346** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **for informational purposes only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| Debtor | **Fibre-Tech Inc.** | Case number (if known) | **25-2205** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Pinellas County Tax Collect**<br>**315 Court St. #300**<br>**Clearwater, FL 33756** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**for informational purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,642.20** | **Unknown** |
|---|---|---|---|---|
| | **Texas Comptroller**<br>**111 E 17th St.**<br>**Austin, TX 78774** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**sales tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|
| | **3 Prime Financial**<br>**3495 Hamilton Ave**<br>**Sarasota, FL 34242** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  3/27/2025 | Basis for the claim:  **deposit** | |
| | Last 4 digits of account number  2735 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,598.58** |
|---|---|---|---|
| | **Advanced Data Solutions**<br>**PO Box 248**<br>**Oldsmar, FL 34677** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  12/2/2023 | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,506.94** |
|---|---|---|---|
| | **Amazon Capital Services**<br>**PO Box 035184**<br>**Seattle, WA 98124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  October 2024 | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Fibre-Tech Inc.**                                          Case number *(if known)*    **25-02205**
          Name

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,400.00** |
|---|---|---|---|

**AO Prop Co 1 LLC**
**c/o Northpointam**
**333 3rd Ave N #400**
**Saint Petersburg, FL 33701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/17/2025**

**Basis for the claim:**  **deposit**

Last 4 digits of account number  **2719**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$99,348.44** |
|---|---|---|---|

**AOC LLC**
**15540 Collections Ctr Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/20/2024, 3/11/2025**

**Basis for the claim:**  **June 2024 invoice -$92,700**
**March 2025 invoice-$6,648.44**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,066.37** |
|---|---|---|---|

**Armchem International Corp**
**3563 NW 53 Ct**
**Fort Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:**  **vendor**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,959.18** |
|---|---|---|---|

**Bank of America**
**PO Box 851001**
**Dallas, TX 75285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:**  __

Last 4 digits of account number  **7374**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,150.00** |
|---|---|---|---|

**BBB of West Florida**
**c/o Karen W. Nalven, R.A.**
**2655 McCormick Dr.**
**Clearwater, FL 33759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/30/2024**

**Basis for the claim:**  __

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Bradley & Kathy Pendergrass**
**1906 Dove Field Place**
**Brandon, FL 33510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2/2025**

**Basis for the claim:**  **deposit**

Last 4 digits of account number  **2742**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$900.00** |
|---|---|---|---|

**Brian W Borders**
**6760 10th Avenue Terrace S**
**Saint Petersburg, FL 33707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:**  **deposit**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Fibre-Tech Inc.**                                                Case number (if known)    **25-02205**
_____
Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $813.00 |

**Carlton Fields**
**4221 W Boy Scout Blvd #1000**
**Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/31/2024

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,932.84 |

**Chase (Amazon Prime)**
**Attn:  General Counsel**
**PO Box 81226**
**Seattle, WA 98108-1226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  credit card

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,278.70 |

**Cintas Corporation**
**6800 Cintas Blvd.**
**Mason, OH 45040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/11/2024-2/27/2025

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**City of Murray Kentucky**
**c/o Hopkins Law Office**
**405 Maple Street, Ste. B**
**Murray, KY 42071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  pool repairs

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,360.00 |

**Composites One LLC**
**955-10 National Pkwy**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/29/24-8/30/24

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,274.73 |

**Crystal Clean LLC**
**c/o Janet O'Donnell, R.A.**
**300 Columbia Dr**
**Unit 1403**
**Cape Canaveral, FL 32920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/10/2024

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,400.00 |

**Cynthia Kielb**
**13961 86th Ave**
**Seminole, FL 33776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/17/2025

Basis for the claim:  deposit

Last 4 digits of account number  2716

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Fibre-Tech Inc.** | | Case number (if known) | **25-02205** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|
| | **Daniel & Christina Angel** | ☐ Contingent | |
| | **8327 15th St N** | ☐ Unliquidated | |
| | **Saint Petersburg, FL 33702** | ☐ Disputed | |
| | Date(s) debt was incurred  3/11/20205 | **Basis for the claim:**  **deposit** | |
| | Last 4 digits of account number  2714 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|
| | **David Ervast** | ☐ Contingent | |
| | **4617 Oak River Cir.** | ☐ Unliquidated | |
| | **Valrico, FL 33596** | ☐ Disputed | |
| | Date(s) debt was incurred  3/25/2025 | **Basis for the claim:**  **deposit** | |
| | Last 4 digits of account number  2731 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **Deborah and Simon Horsey** | ☐ Contingent | |
| | **3408 Ohio Ave** | ☐ Unliquidated | |
| | **Tampa, FL 33611** | ☐ Disputed | |
| | Date(s) debt was incurred  6/24/2024 | **Basis for the claim:**  **deposit** | |
| | Last 4 digits of account number  2548 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$536.76** |
|---|---|---|---|
| | **E.E.I. Security** | ☐ Contingent | |
| | **PO Box 17849** | ☐ Unliquidated | |
| | **Tampa, FL 33682** | ☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:**  _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **Eagles Walk Spa** | ☐ Contingent | |
| | **13761 Eagles Walk Dr** | ☐ Unliquidated | |
| | **Clearwater, FL 33762** | ☐ Disputed | |
| | Date(s) debt was incurred  4/2/2025 | **Basis for the claim:**  **deposit** | |
| | Last 4 digits of account number  2741 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.50** |
|---|---|---|---|
| | **Englander & Fischer PA** | ☐ Contingent | |
| | **712 First Ave. N.** | ☐ Unliquidated | |
| | **Saint Petersburg, FL 33701** | ☐ Disputed | |
| | Date(s) debt was incurred  9/1/2023 | **Basis for the claim:**  _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,045.90** |
|---|---|---|---|
| | **Fiberlay, Inc.** | ☐ Contingent | |
| | **1468 Northgate Blvd** | ☐ Unliquidated | |
| | **Sarasota, FL 34234** | ☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:**  **vendor** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Fibre-Tech Inc.** | Case number *(if known)* | **25-02205** |
|---|---|---|---|
| | Name | | |

---

**3.25** | **Nonpriority creditor's name and mailing address**
**FL Swimming Pool Assoc.**
**c/o Elizabeth McMurray, R.A.**
**2555 Porter Lake Dr.**
**Suite 106**
**Sarasota, FL 34240**

Date(s) debt was incurred  **3/15/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*          **$960.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**
**Gayle Teri**
**Valley Dale RO Ass.**
**37501 Martindale Ave**
**Zephyrhills, FL 33542**

Date(s) debt was incurred  **3/25/2025**

Last 4 digits of account number  **2732**

As of the petition filing date, the claim is: *Check all that apply.*          **$600.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**
**Grainger**
**PO Box 419267**
**Dept 8262**
**Kansas City, MO 64141**

Date(s) debt was incurred  **8/17/2023-3/27/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*          **$12,188.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**
**Gulf Coast Chemical Corp.**
**101 Wayne Place**
**Tampa, FL 33619**

Date(s) debt was incurred  **1/7/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*          **$3,187.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**
**Home Depot**
**Dept 32-2139347805**
**PO Box 9001030**
**Louisville, KY 40290**

Date(s) debt was incurred  _

Last 4 digits of account number  **7805**

As of the petition filing date, the claim is: *Check all that apply.*          **$30,839.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**
**INEOS Composites US LLC**
**955 Yard St.**
**Suite 400**
**Columbus, OH 43212**

Date(s) debt was incurred  **11/21/2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*          **$47,513.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**
**James & Judy Nihiser**
**7110 91st St E**
**Palmetto, FL 34221**

Date(s) debt was incurred  **4/3/2025**

Last 4 digits of account number  **2743**

As of the petition filing date, the claim is: *Check all that apply.*          **$1,200.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor | **Fibre-Tech Inc.** |
| | Name |

Case number (*if known*) **25-02205**

---

**3.32** | Nonpriority creditor's name and mailing address
**James Carini**
**2123 Pine Ridge Dr**
**Clearwater, FL 33763**

Date(s) debt was incurred  4/2/2025

Last 4 digits of account number  2739

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$300.00

---

**3.33** | Nonpriority creditor's name and mailing address
**JASM Limited Partnership**
**2323 34th Way N**
**Saint Petersburg, FL 33711**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **rental arrearages**

Is the claim subject to offset? ■ No  ☐ Yes

$204,000.00

---

**3.34** | Nonpriority creditor's name and mailing address
**JNS-SmithChem LLC**
**90 6th Ave.**
**Paterson, NJ 07524**

Date(s) debt was incurred  11/29/2023-12/29/2023

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$8,929.37

---

**3.35** | Nonpriority creditor's name and mailing address
**Joe Thornton**
**2936 Clubhouse Dr W**
**Clearwater, FL 33761**

Date(s) debt was incurred  3/27/2025

Last 4 digits of account number  2734

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$1,300.00

---

**3.36** | Nonpriority creditor's name and mailing address
**John & Heather Chalmers**
**1727 Penny Lane**
**Clearwater, FL 33756**

Date(s) debt was incurred  3/17/2025

Last 4 digits of account number  2718

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$5,557.00

---

**3.37** | Nonpriority creditor's name and mailing address
**John & Judith Osborne**
**3504 50th Ave E**
**Bradenton, FL 34203**

Date(s) debt was incurred  4/3/2025

Last 4 digits of account number  2744

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$1,200.00

---

**3.38** | Nonpriority creditor's name and mailing address
**Johnson, Pope, Bokor, Ruppel**
**400 N Ashley Dr #3100**
**Tampa, FL 33602**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **professional fees in the Dwayne and Alice Worthington case**

Is the claim subject to offset? ■ No  ☐ Yes

$9,900.00

---

| Debtor | **Fibre-Tech Inc.** | Case number (if known) | **25-02205** |
|---|---|---|---|
| | Name | | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,800.00** |
|---|---|---|---|

**Kelley Ditto**
**1618 E Lake Dr**
**Fort Lauderdale, FL 33316**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **6/4/2024**

Basis for the claim: **deposit**

Last 4 digits of account number **2530**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,284.32** |
|---|---|---|---|

**Kemper Auto Commercial**
**11700 Great Oaks Way #450**
**Alpharetta, GA 30022**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Lauren Brickman**
**12125 100th Ave**
**Seminole, FL 33772**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **3/24/2025**

Basis for the claim: **deposit**

Last 4 digits of account number **2727**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Lorrie Viola**
**403 Westborough Lane**
**Safety Harbor, FL 34695**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **4/1/2025**

Basis for the claim: **deposit**

Last 4 digits of account number **2738**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,141.00** |
|---|---|---|---|

**Matthew Gil & Katrina Fins**
**631 Lake Forest Rd**
**Clearwater, FL 33765**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **3/17/2025**

Basis for the claim: **deposit**

Last 4 digits of account number **2717**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,607.44** |
|---|---|---|---|

**Merrill Lynch**
**Document Processing**
**PO Box 31024**
**Tampa, FL 33631-3024**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Michael Fisher**
**14401 Walden Sheffield Rd**
**Dover, FL 33527**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **3/25/2025**

Basis for the claim: **deposit**

Last 4 digits of account number **2730**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Fibre-Tech Inc.**                                         Case number (*if known*)  **25-02205**
_____
Name

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,610.62** |

**Noble Tile Supply FL, Inc.**
**c/o Dustin Gunderson, VP**
**7440 State Hwy 121**
**McKinney, TX 75070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/7/2025-2/19/2025**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,240.42** |

**O'Reilly Automotive Stores**
**233 S. Patterson Ave.**
**Springfield, MO 65802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/30/2023-8/30/2024**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |

**Olivier Milhaud**
**c/o South Seas Holding Lmtd**
**9315 9th Ave NW**
**Bradenton, FL 34209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/24/2025**

**Basis for the claim:**  **deposit**

Last 4 digits of account number  **2728**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** |

**Paul & Barbara Dugan**
**1218 Grenada Ave**
**Clearwater, FL 33764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/2025**

**Basis for the claim:**  **deposit**

Last 4 digits of account number  **2724**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,553.19** |

**Paver Supply Warehouse LLC**
**c/o Bhushan Lele**
**2301 34th Way North**
**Largo, FL 33771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/27/2023-8/21/2023**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,285.74** |

**Peninsula Polymers/DEEKS**
**3401 College Blvd. #230**
**Leawood, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/21/2023-7/13/2023**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |

**Pool & Hot Tub Alliance**
**1650 King St.**
**Suite 602**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/1/2024**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Fibre-Tech Inc.** | Case number *(if known)* | **25-02205** |
|---|---|---|---|
| | Name | | |

---

**3.53**

Nonpriority creditor's name and mailing address
**R&L Carriers, Inc.**
**600 Gillam Rd**
**Wilmington, OH 45177**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$16,016.07**

---

**3.54**

Nonpriority creditor's name and mailing address
**River Run Condominium Ass.**
**of Hernando Cnty Inc**
**6565 River Lodge Lane**
**Spring Hill, FL 34607**

Date(s) debt was incurred  **3/24/2025**
Last 4 digits of account number  **2729**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$400.00**

---

**3.55**

Nonpriority creditor's name and mailing address
**Scott Morris**
**3851 Shore Blvd.**
**Oldsmar, FL 34677**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$13,971.22**

---

**3.56**

Nonpriority creditor's name and mailing address
**Scott Morris LMA Murray**
**3851 Shore Blvd.**
**Oldsmar, FL 34677**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$11,745.23**

---

**3.57**

Nonpriority creditor's name and mailing address
**SCP Distributors LLC**
**109 Northpark Blvd**
**Covington, LA 70433**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$14,629.12**

---

**3.58**

Nonpriority creditor's name and mailing address
**Sherwin-Williams**
**101 W. Prospect Ave.**
**Cleveland, OH 44115**

Date(s) debt was incurred  **5/16/2024-6/4/2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,564.62**

---

**3.59**

Nonpriority creditor's name and mailing address
**St. Joseph's Hospital North**
**Baycare Health System, Inc.**
**Attn:  Legal Svcs Dept**
**2985 Drew St**
**Clearwater, FL 33759**

Date(s) debt was incurred  **05-03-16**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,475.00**

---

| Debtor | **Fibre-Tech Inc.** | Case number (if known) | **25-02205** |
|---|---|---|---|
| | Name | | |

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Stan & Margaret de Freitas**
**303 Arlington Ave W**
**Oldsmar, FL 34677**

Date(s) debt was incurred  3/28/2025

Last 4 digits of account number  2736

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00**

**Sustainably Aquatics II LLC**
**c/o Scott A. Morris, R.A.**
**3851 Shore Blvd.**
**Oldsmar, FL 34677**

Date(s) debt was incurred  5/11/2023-3/20/2025

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,337.20**

**SZ Waco Apts LLC & The Scion**
**Group LLC**
**2826 S University Parks Dr**
**Waco, TX 76706**

Date(s) debt was incurred  3/21/2025

Last 4 digits of account number  2726

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00**

**Tara & Terry Brumm**
**c/o Athena Pearl Riley**
**Bernhardt Riley, PLLC**
**108 Bailey Dr #2**
**Niceville, FL 32578**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  plaintiff in lawsuit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,759.44**

**The Hartford**
**One Harford Plaza**
**Hartford, CT 06155**

Date(s) debt was incurred  4/21/24

Last 4 digits of account number  9267

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  audit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,172.69**

**Total Essentials**
**19425 Soledad Canyon Rd #241**
**Canyon Country, CA 91351**

Date(s) debt was incurred  8/15/2023

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,087.31**

**U.S. Saws, Inc.**
**c/o David W. Glynn, R.A.**
**8004 E. Broadway**
**Suite B**
**Tampa, FL 33619**

Date(s) debt was incurred  8/11/2023-11/23/2023

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

| Debtor | **Fibre-Tech Inc.** | Case number (if known) | **25-02205** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.    $ | 4,642.20 |
| **5b. Total claims from Part 2** | 5b.  + $ | 1,018,614.77 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    $ | 1,023,256.97 |

**Fill in this information to identify the case:**

Debtor name    **Fibre-Tech Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **25-02205**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **lease of office and warehouse located at 2323 34th Way North in Largo, FL.** | |
| | State the term remaining | **35 months** | |
| | List the contract number of any government contract | | **JASM Limited Partnership**<br>**2323 34th Way N**<br>**Saint Petersburg, FL 33711** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **lease of 2020 Dodge Ram 3500 - VIN: 3C63RRHL7LG306769** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Scott Morris**<br>**3851 Shore Blvd**<br>**Oldsmar, FL 34677** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2018 Dodge RAM 2500 - VIN: 3C6UR4CL0JG215225** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Seth A. Morris**<br>**3570 63rd Way N.**<br>**Saint Petersburg, FL 33710** |

**Fill in this information to identify the case:**

Debtor name **Fibre-Tech Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **25-02205**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Scott Morris** | **3851 Shore Blvd. Oldsmar, FL 34677** | **Chase (Amazon Prime)** | ☐ D _____ <br> ■ E/F __3.12__ <br> ☐ G _____ |
| 2.2 | **Scott Morris** | **3851 Shore Blvd. Oldsmar, FL 34677** | **Merrill Lynch** | ☐ D _____ <br> ■ E/F __3.44__ <br> ☐ G _____ |
| 2.3 | **Scott Morris** | **3851 Shore Blvd. Oldsmar, FL 34677** | **Bank of America** | ☐ D _____ <br> ■ E/F __3.7__ <br> ☐ G _____ |
| 2.4 | **Scott Morris** | **3851 Shore Blvd. Oldsmar, FL 34677** | **US Small Business Admin.** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Fibre-Tech Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **25-02205**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$973,940.00** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$3,172,498.23** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$4,886,314.20** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | **Class Action Settlement** | **$60.00** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | **Contract cancellations** | **$1,993.72** |
| **For the fiscal year:**<br>From **1/01/2022** to **12/31/2022** | **Contract cancellations** | **$8,765.00** |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | Fibre-Tech Inc. | Case number *(if known)* | 25-02205 |
|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Please see attached bank statements.** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Please see response to Question 30.** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Tara Brumm, et al. v. Fibre-Tech, Inc. 24-001836-CI** | **Civil** | **Sixth Judicial Circuit, Pinellas County 315 Court Street Clearwater, FL 33756-5165** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | Fibre-Tech Inc. | | Case number *(if known)* | 25-02205 |
| --- | --- | --- | --- | --- |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.2. | **Airquip, Inc., et al vs. HomeAdvisor, Inc. (The Debtor has not particpated in this class action but is part of the class and received a $60 payment in 2024). 1:16-bk-cv-01849-PAB-KAS** | **Class Action** | **US District Court District of Colorado** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| **2005 Toyota Pickup was totaled within 1 year of the Petition Date.** | **$0.00 - No Insurance** | **within the last year** | **Unknown** |
| **A 2005 Toyota Tacoma, VIN: 3TMJU62N35M001362 crashed into a barricade and was removed from the scene by the Florida Transportation Department.** | **$0.00 - no insurance** | **within the last year** | **Unknown** |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Fibre-Tech Inc.**                                        Case number *(if known)*  **25-02205**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Johnson, Pope, Bokor, Ruppel & Burns, LLP 400 N Ashley Dr. #3100 Tampa, FL 33602** | **Attorney Fees and court filing fee** | **01/15/2025 and 04/04/2025** | **$20,112.40** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

| Debtor | Fibre-Tech Inc. | Case number *(if known)* | 25-02205 |

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

   **Payment and address information for work to be performed**

   Does the debtor have a privacy policy about that information?
   ☑ No
   ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor    **Fibre-Tech Inc.**                                          Case number *(if known)* **25-02205**

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Fibre-Tech Inc.<br>2323 34th Way N<br>Saint Petersburg, FL 33710 | U.S. Environmental Protection Agency<br>Main Regional Office -EPA Region 4<br>61 Forsyth Street SW<br>Atlanta, GA 30303 | FPCRA 3B | 5/14/2024 |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Seth A. Morris**<br>**3570 63rd Way N.**<br>**Saint Petersburg, FL 33710** | |

| Debtor | Fibre-Tech Inc. | Case number *(if known)* | **25-02205** |
|--------|-----------------|--------------------------|--------------|

| Name and address | Date of service From-To |
|------------------|-------------------------|
| 26a.2. **Scott Morris** **3851 Shore Blvd.** **Oldsmar, FL 34677** | |
| 26a.3. **Donna Hilton** | |
| 26a.4. **Myra Kaye** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|------------------|-------------------------|
| 26b.1. **Mutchnik and Associates, CPA** **5201 W. Kennedy Blvd.** **Suite 520** **Tampa, FL 33609** | **2010-present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|
| 26c.1. **Seth Morris** **3570 63rd Way N** **Saint Petersburg, FL 33710** | |
| 26c.2. **Scott Morris** **3851 Shore Blvd.** **Oldsmar, FL 34677** | |
| 26c.3. **Myra Kaye** | |
| 26c.4. **Donna Hilton** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|------------------|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

Debtor **Fibre-Tech Inc.**                                    Case number *(if known)* **25-02205**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Myra Kaye and Jessica Hardy** | **weekly** | **$12,383.84-Just in Time Manufacturing** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Fibre-Tech Inc**<br>**2323 34th Way N**<br>**Largo, FL 33771** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Scott Morris** | **3851 Shore Blvd.**<br>**Oldsmar, FL 34677** | **President** | **95%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Seth Morris** | **3570 63rd Way N**<br>**Saint Petersburg, FL 33710** | **Vice President** | **5%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No<br>
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No<br>
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Sustainably Aquatics II LLC**<br>**c/o Scott A. Morris, R.A.**<br>**3851 Shore Blvd.**<br>**Oldsmar, FL 34677** | **$25,000.00** | **various dates throughout the year** | **payments to vendor** |
| | Relationship to debtor<br>**affiliate (Scott Morris owns this company)** | | | |
| 30.2. | **Scott Morris**<br>**3851 Shore Blvd.**<br>**Oldsmar, FL 34677** | **$59,634.85** | **Weekly over the last year** | **Net Weekly Salary** |
| | Relationship to debtor<br>**President** | | | |

Debtor    **Fibre-Tech Inc.**                                              Case number *(if known)*  **25-02205**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Scott Morris** 3851 Shore Blvd. Oldsmar, FL 34677 | $47,559.34 | **various dates thorughout the year** | materials reimbursements in the ordinary course |
| | **Relationship to debtor** **President** | | | |
| 30.4. | **Scott Morris** 3851 Shore Blvd. Oldsmar, FL 34677 | $15,000 - payments were made directly to the lienholder. | **monthly throughuot the last year** | lease payments for the Debtor's lease of Scott's 2020 Dodge Ram 3500, VIN: 306769 |
| | **Relationship to debtor** **President** | | | |
| 30.5. | **Seth A. Morris** 3570 63rd Way N. Saint Petersburg, FL 33710 | $62,818.50 | **weekly over the last year** | net weekly salary |
| | **Relationship to debtor** **Vice President** | | | |
| 30.6. | **Seth A. Morris** 3570 63rd Way N. Saint Petersburg, FL 33710 | $2,532.63 | **09/30/24 and 10/17/24** | materials reimbursements in the ordinary course |
| | **Relationship to debtor** **Vice President** | | | |
| 30.7. | **Seth A. Morris** 3570 63rd Way N. Saint Petersburg, FL 33710 | $12,000 - payments were made directly to the lienholder | **monthly throughout the year** | lease payments for the Debtor's lease of Seth's 2018 Dodge Ram 2500, VIN: 215225 |
| | **Relationship to debtor** **Vice President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

Debtor    **Fibre-Tech Inc.**                                          Case number *(if known)*  **25-02205**

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 25, 2025**

**/s/ Seth Aaron Morris**                              **Seth Aaron Morris**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

  

PO Box 4019
Gulfport, MS 39502-4019
**Return Service Requested**

Page: 1 of 5

Statements Dates
01/01/2025 - 01/31/2025

Account Number:
████1741

Images:
0

*TRUNC ACCTS* E0

4635    100000 003
FIBRE TECH INC
2323 34TH WAY N
LARGO FL 33771

**VISIT HANCOCKWHITNEY.COM TO ENROLL IN ONLINE BANKING WITH ESTATEMENTS. CALL US AT 800-448-8812.**

## Checking Account Summary

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | 18,910.99 | AVERAGE BALANCE 22,788.02 |
| + | 38 CREDITS | 250,581.85 | YTD INTEREST PAID |
| - | 180 DEBITS | 265,224.54 | .00 |
| - | SERVICE CHARGES | 201.24 | |
| + | INTEREST PAID | .00 | |
| ENDING BALANCE | | 4,067.06 | |

**＊＊＊＊＊＊＊＊ CHECKING ACCOUNT TRANSACTIONS ＊＊＊＊＊＊＊＊＊**

### ● Deposits and Other Credits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 01/02 | 700.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 | | | |
| 01/02 | 3,725.98 | 534701730300621 BANKCARD 1250 025002003348537CCD | 01/14 | 4,400.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 |
| 01/02 | 9,000.00 | REMOTE DEPOSIT CAPTURE | 01/15 | 2,500.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 |
| 01/06 | 1,000.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 | 01/15 | 3,500.00 | 534701730300621 BANKCARD 1250 025015007227242CCD |
| 01/06 | 2,860.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 | 01/15 | 3,796.15 | REMOTE DEPOSIT CAPTURE REF # 0000001 |
| 01/06 | 5,735.69 | REMOTE DEPOSIT CAPTURE REF # 0000001 | 01/15 | 4,900.00 | REMOTE DEPOSIT CAPTURE |
| 01/06 | 11,702.00 | 534701730300621 BANKCARD 1250 025006004443207CCD | 01/16 | 5,600.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 |
| 01/07 | 4,500.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 | 01/17 | 2,000.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 |
| 01/08 | 11,780.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 | 01/17 | 2,100.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 |
| 01/09 | 4,300.00 | 534701730300621 BANKCARD 1250 025009005703561CCD | 01/17 | 2,700.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 |
| 01/09 | 5,000.00 | DEPOSIT | 01/17 | 9,037.00 | 534701730300621 BANKCARD 1250 025017008047967CCD |
| 01/10 | 6,950.00 | 534701730300621 BANKCARD 1250 025010006049892CCD | 01/21 | 4,100.00 | 534701730300621 BANKCARD 1250 025021008509009CCD |
| 01/10 | 14,439.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 | 01/21 | 12,052.00 | 534701730300621 BANKCARD 1250 025021008330089CCD |
| 01/13 | 14,350.00 | REMOTE DEPOSIT CAPTURE | 01/24 | 480.00 | 534701730300621 BANKCARD 1250 |

Statement of Financial Affairs - Question No. 3

In case of errors or questions about your electronic transfers, telephone or write us at the address listed as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1.    Tell us your name and account number (if any).
2.    Describe the error or the transfer you are unsure about and explain as clearly as you can
        why you believe it is an error or why you need more information.
3.    Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Notice About Electronic Check Conversion**
When you provide a check payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

> Hancock Whitney
> Attn: Deposit Services
> P.O. Box 4019
> Gulfport, MS 39502
> 1-800-448-8812

---

## Handyline Information

**Interest Charges:** Interest Charges have been computed on your Handyline Account by applying each Daily Periodic Rate disclosed on the face of this statement to the Daily Balance of your Account over the current billing cycle, and then multiplying the resulting product by the number of days in the billing cycle. The Daily Balance of your Account has been computed by totaling the "Closing Principal Balance" of your Account for each day of your billing cycle and dividing the resulting total by the number of days in the billing cycle.

The closing Principal Balance of your Account for each day of the billing cycle was computed by taking into consideration payments, credits, loan advances and other debits posted to your Account over the billing cycle, but disregarding any unpaid Interest Charges. Interest Charges have been assessed on new loans and other debits under your Account from date of posting, and there is not a time period within which payments may be made in order to completely avoid Interest Charges.

Provided you have not made at least the minimum payment due within fourteen days of the statement date:

1.    If you have an unsecured Handyline Account, your checking account has been charged with a minimum payment equal to 1/20th of the disclosed New Balance on the face of this statement (less any amount disputed by you), or $25.00, whichever is greater. If the New Balance of your Account was less than $25.00, your checking account has been charged for the entire New Balance (less any amount disputed by you).
2.    If you have a secured Handyline Account, your checking account has been charged with a minimum payment equal to 1/50th of the disclosed New Balance on the face of this statement (less any amount disputed by you), or $100.00, whichever is greater. If the New Balance of your Account was less than $100.00, your checking account has been charged for the entire New Balance (less any amount disputed by you).

You have the option to make additional payments in excess of the minimum payment on your Handyline Account in any amount and at any time, thus reducing your exposure to additional Interest Charges. Payments should be mailed to: Lending Services, P.O. Box 4020, Gulfport, MS 39502, Attn: Handyline. Payments we receive at the above address by 10:00 A.M. will be credited to your Handyline Account as of the date of receipt. Handyline payments made at other bank locations will be promptly credited to your Account, but in no event longer than five (5) days after receipt.

### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at Hancock Whitney Lending Services, P.O. Box 4019, Gulfport, MS 39502-0420 and include the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. Hancock Whitney clients may call us at 1-800-448-8812, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECK / DEBIT TRANSACTIONS OUTSTANDING THIS MONTH
(Not charged to your account as of statement date)

| Check # or Transaction Type | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

BANK BALANCE AS SHOWN
ON THIS STATEMENT                                          $_____

Deposits Not Credited In
This Statement Cycle     (If Any)  $_____
                                                                    _____
                                                                    _____
                                                                    _____

Add Total of Deposits Not Credited        +$_____

Subtract Total Outstanding
Checks/Debits                                          -$_____

BALANCE                                                   =$_____

This balance should agree with your checkbook balance. Remember to deduct service charges/fees (if any) shown on your statement this month.

  

PO Box 4019
Gulfport, MS 39502-4019
**Return Service Requested**

Page: 2 of 5

Statements Dates
01/01/2025 - 01/31/2025

Account Number:
▮1741

Images:
0

**FIBRE TECH INC**
**2323 34TH WAY N**
**LARGO FL  33771**

*\*TRUNC ACCTS\* E0*

### ● Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| | | 025024009633505CCD |
| 01/24 | 3,467.00 | REMOTE DEPOSIT CAPTURE |
| | REF # 0000001 | |
| 01/24 | 10,130.00 | REMOTE DEPOSIT CAPTURE |
| | REF # 0000001 | |
| 01/27 | 3,575.00 | 534701730300621 BANKCARD 1250 |
| | | 025027009901068CCD |
| 01/27 | 13,300.00 | REMOTE DEPOSIT CAPTURE |
| | REF # 0000001 | |
| 01/27 | 24,747.03 | INCOMING WIRE |
| 01/28 | 1,630.00 | REMOTE DEPOSIT CAPTURE |

| Date | Amount | Description |
|---|---|---|
| | REF # 0000001 | |
| 01/28 | 4,880.00 | REMOTE DEPOSIT CAPTURE |
| | REF # 0000001 | |
| 01/28 | 8,800.00 | REMOTE DEPOSIT CAPTURE |
| | REF # 0000001 | |
| 01/28 | 12,730.00 | REMOTE DEPOSIT CAPTURE |
| | REF # 0000001 | |
| 01/30 | 4,900.00 | REMOTE DEPOSIT CAPTURE |
| | REF # 0000001 | |
| 01/30 | 9,215.00 | REMOTE DEPOSIT CAPTURE |
| | REF # 0000001 | |

### ● Checks



| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| 01/31 | | 500.00 | 01/03 | 34244 | 720.00 |
| 01/21 | 34001 | 1,380.00 | 01/07 | 34245 | 139.10 |
| 01/07 | 34199 * | 115.00 | 01/07 | 34246 | 646.29 |
| 01/08 | 34211 * | 181.10 | 01/07 | 34247 | 130.96 |
| 01/02 | 34215 * | 720.04 | 01/13 | 34248 | 27.78 |
| 01/02 | 34217 * | 80.24 | 01/10 | 34249 | 50.35 |
| 01/06 | 34220 * | 834.60 | 01/07 | 34250 | 67.67 |
| 01/03 | 34221 | 150.00 | 01/08 | 34251 | 191.86 |
| 01/07 | 34221 | 26.13 | 01/09 | 34252 | 42.64 |
| 01/08 | 34222 | 118.52 | 01/07 | 34253 | 780.00 |
| 01/06 | 34224 * | 207.23 | 01/14 | 34254 | 76.99 |
| 01/03 | 34225 | 202.90 | 01/14 | 34255 | 279.11 |
| 01/03 | 34226 | 250.90 | 01/13 | 34256 | 465.00 |
| 01/06 | 34227 | 507.00 | 01/14 | 34257 | 1,150.29 |
| 01/06 | 34228 | 937.50 | 01/09 | 34258 | 571.75 |
| 01/06 | 34229 | 750.75 | 01/10 | 34259 | 350.22 |
| 01/06 | 34230 | 661.40 | 01/14 | 34261 * | 149.27 |
| 01/06 | 34231 | 675.00 | 01/10 | 34262 | 231.77 |
| 01/03 | 34232 | 1,125.68 | 01/16 | 34263 | 192.60 |
| 01/03 | 34233 | 1,688.52 | 01/10 | 34264 | 2,283.32 |
| 01/03 | 34234 | 1,300.00 | 01/13 | 34265 | 76.42 |
| 01/08 | 34235 | 1,300.00 | 01/23 | 34266 | 362.91 |
| 01/06 | 34236 | 1,050.00 | 01/10 | 34267 | 850.00 |
| 01/06 | 34237 | 600.00 | 01/10 | 34268 | 1,250.00 |
| 01/06 | 34238 | 864.00 | 01/16 | 34269 | 533.30 |
| 01/08 | 34239 | 1,870.00 | 01/21 | 34270 | 181.61 |
| 01/07 | 34240 | 680.00 | 01/21 | 34271 | 191.69 |
| 01/07 | 34241 | 200.00 | 01/14 | 34272 | 1,352.90 |
| 01/10 | 34242 | 1,700.00 | 01/14 | 34273 | 314.28 |
| 01/06 | 34243 | 640.00 | 01/15 | 34275 * | 273.00 |





4635

Page: 3 of 5

Statements Dates
01/01/2025 - 01/31/2025



Account Number: ████1741

Images:
0

*TRUNC ACCTS* E0

PO Box 4019
Gulfport, MS 39502-4019
Return Service Requested

EQUAL HOUSING
LENDER

FIBRE TECH INC
2323 34TH WAY N
LARGO FL  33771

## • Checks

| Date | Serial | Amount | | Date | Serial | Amount |
|------|--------|--------|---|------|--------|--------|
| 01/14 | 34276 | 532.13 | | 01/29 | 34320 | 1,648.47 |
| 01/21 | 34278 * | 723.87 | | 01/29 | 34322 * | 209.67 |
| 01/21 | 34279 | 189.78 | | 01/24 | 34324 * | 1,532.00 |
| 01/17 | 34280 | 9.00 | | 01/24 | 34325 | 702.00 |
| 01/21 | 34281 | 858.03 | | 01/27 | 34326 | 712.50 |
| 01/23 | 34283 * | 248.80 | | 01/27 | 34327 | 1,218.30 |
| 01/21 | 34287 * | 97.64 | | 01/29 | 34328 | 802.50 |
| 01/28 | 34288 | 68.18 | | 01/27 | 34329 | 572.40 |
| 01/17 | 34289 | 1,762.70 | | 01/24 | 34330 | 1,200.00 |
| 01/21 | 34290 | 210.31 | | 01/27 | 34331 | 603.75 |
| 01/29 | 34291 | 115.14 | | 01/29 | 34332 | 627.00 |
| 01/21 | 34292 | 537.89 | | 01/27 | 34333 | 702.00 |
| 01/17 | 34293 | 130.00 | | 01/28 | 34334 | 522.50 |
| 01/23 | 34294 | 231.77 | | 01/27 | 34335 | 784.80 |
| 01/22 | 34295 | 742.10 | | 01/27 | 34337 * | 538.20 |
| 01/17 | 34296 | 1,111.80 | | 01/28 | 34338 | 572.40 |
| 01/21 | 34297 | 574.00 | | 01/27 | 34339 | 886.76 |
| 01/21 | 34298 | 574.00 | | 01/27 | 34340 | 700.00 |
| 01/21 | 34299 | 655.00 | | 01/28 | 34341 | 760.00 |
| 01/22 | 34300 | 1,286.75 | | 01/27 | 34342 | 540.00 |
| 01/22 | 34301 | 56.29 | | 01/28 | 34343 | 1,050.00 |
| 01/21 | 34302 | 49.83 | | 01/27 | 34344 | 457.50 |
| 01/17 | 34303 | 171.91 | | 01/28 | 34345 | 463.52 |
| 01/21 | 34304 | 39.55 | | 01/28 | 34346 | 1,040.09 |
| 01/22 | 34305 | 227.34 | | 01/31 | 34347 | 13,045.90 |
| 01/24 | 34306 | 57.89 | | 01/29 | 34349 * | 1,000.00 |
| 01/17 | 34307 | 1,500.00 | | 01/28 | 34350 | 563.41 |
| 01/28 | 34308 | 13,376.30 | | 01/29 | 34351 | 2,264.73 |
| 01/22 | 34309 | 320.69 | | 01/29 | 34352 | 161.76 |
| 01/21 | 34310 | 936.00 | | 01/30 | 34355 * | 63.67 |
| 01/22 | 34312 * | 152.04 | | 01/29 | 34358 * | 660.11 |
| 01/21 | 34314 * | 883.00 | | 01/30 | 34359 | 425.00 |
| 01/22 | 34315 | 1,059.54 | | 01/30 | 34360 | 696.97 |
| 01/23 | 34316 | 137.85 | | 01/29 | 34362 * | 351.01 |
| 01/28 | 34317 | 1,044.80 | | 01/29 | 34363 | 1,235.00 |
| 01/24 | 34318 | 170.00 | | 01/31 | 34367 * | 1,538.73 |
| 01/22 | 34319 | 609.79 | | 01/21 | 34377 * | 325.00 |

## • Other Debits

| Date | Amount | Description | | Date | Amount | Description |
|------|--------|-------------|---|------|--------|-------------|
| 01/02 | 481.23 | 534701730300621 BANKCARD 1250 025002003426723CCD | | 01/02 | 3,025.00 | CASHCD      BIZZUKA INC 025002003507602CCD |
| 01/02 | 631.83 | PCS SVC    T-MOBILE 025002003588317WEB | | 01/03 | 235.00 | QBooks Onl   INTUIT * 025002003747986CCD |







PO Box 4019
Gulfport, MS 39502-4019
**Return Service Requested**

Page: 4 of 5

Statements Dates
01/01/2025 - 01/31/2025

Account Number:
████ 1741

Images:
0

*TRUNC ACCTS* E0

FIBRE TECH INC
2323 34TH WAY N
LARGO FL 33771

## ● Other Debits

| Date | Amount | Description | Date | Amount | Description |
|------|--------|-------------|------|--------|-------------|
| 01/03 | 283.55 | FREIGHT    R & L Carriers 025002003812691PPD | | | 025021008580415WEB |
| | | | 01/21 | 100.00 | DEP ePay    DEP E-Payments 025021008580414WEB |
| 01/06 | 32.95 | 9417449249    WATER BOY INC 025003004267242WEB | 01/21 | 560.43 | BILL PAY    DUKEENERGY 025021008445818TEL |
| 01/06 | 95.00 | 8664969669    WOW! 025006004521731PPD | 01/22 | 4,101.56 | OUTGOING WIRE |
| 01/06 | 816.69 | PAYMENT    WF 025006004539359PPD | 01/22 | 3,000.00 | Debtor Pay    VERICORE, LLC 025021008701785CCD |
| 01/06 | 19,897.82 | KemperAuto  Kemper Auto 025003004125621WEB | 01/24 | 10.22 | EZTAGSTPPD    RIVERLINK 025023009363432PPD |
| 01/07 | 100.00 | DEP ePay    DEP E-Payments 025007005012127WEB | 01/27 | 455.57 | QBooks 109    INTUIT * 025027009978457CCD |
| 01/07 | 100.00 | DEP ePay    DEP E-Payments 025007005012128WEB | 01/27 | 3,000.00 | Debtor Pay    VERICORE, LLC 025027009802052CCD |
| 01/08 | 1,772.90 | 0265163001    QUIKRETE HOLDING 025005005206805CCD | 01/28 | 3,000.00 | Debtor Pay    VERICORE, LLC 025028000285558CCD |
| 01/09 | 30,556.09 | OUTGOING WIRE | 01/29 | 631.88 | WEB_PAY    WASTE CONNECTION 025029000669453WEB |
| 01/09 | 72.00 | NSF CHARGE | | | |
| 01/10 | 100.00 | DEP ePay    DEP E-Payments 025010006049639CCD | 01/29 | 900.00 | SALE    MUTCHNICK & ASSO 025029000566172CCD |
| 01/13 | 99.00 | QBooks Onl    INTUIT * 025013006341295CCD | 01/29 | 900.00 | SALE    MUTCHNICK & ASSO 025029000565898CCD |
| 01/13 | 100.00 | DEP ePay    DEP E-Payments 025013006323444CCD | 01/29 | 900.00 | SALE    MUTCHNICK & ASSO 025029000566030CCD |
| 01/14 | 201.24 | ANALYSIS SERVICE CHG | 01/29 | 900.00 | SALE    MUTCHNICK & ASSO 025029000565860CCD |
| 01/15 | 15,000.00 | OUTGOING WIRE | | | |
| 01/15 | 1,273.24 | C01    FLA DEPT REVENUE 025015007231070CCD | 01/29 | 900.00 | SALE    MUTCHNICK & ASSO 025029000566348CCD |
| 01/16 | 23,418.57 | OUTGOING WIRE | 01/30 | 100.00 | DEP ePay    DEP E-Payments 025030001157716WEB |
| 01/16 | 1,000.00 | NEWACCTDwe    ACHIEVA CU 025015007418747WEB | 01/31 | 27,421.13 | OUTGOING WIRE |
| 01/17 | 184.00 | ACH Debit    COMIT DEVELOPERS 025017008017497CCD | 01/31 | 66.21 | BILL PAY    DUKEENERGY 025030001214293TEL |
| 01/21 | 100.00 | DEP ePay    DEP E-Payments 025021008329801WEB | 01/31 | 100.00 | DEP ePay    DEP E-Payments 025031001539649WEB |
| 01/21 | 100.00 | DEP ePay    DEP E-Payments 025021008329803WEB | 01/31 | 100.00 | DEP ePay    DEP E-Payments 025031001539650WEB |
| 01/21 | 100.00 | DEP ePay    DEP E-Payments 025021008329802WEB | 01/31 | 10,523.69 | IPFSPMTFLS    IPFS877-674-3076 025031001505117CCD |
| 01/21 | 100.00 | DEP ePay    DEP E-Payments | | | |



## ● Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/31 | 18,910.99 | 01/02 | 27,398.63 | 01/03 | 21,442.08 |

  

4635

Page: 5 of 5

Statements Dates
01/01/2025 - 01/31/2025

Account Number:
████1741

Images:
0

*TRUNC ACCTS* E0

PO Box 4019
Gulfport, MS 39502-4019
**Return Service Requested**

**FIBRE TECH INC**
**2323 34TH WAY N**
**LARGO FL 33771**

### ● **Balance By Date**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/06 | 14,169.83 | 01/15 | 26,736.66 | 01/27 | 53,161.83 |
| 01/07 | 15,684.68 | 01/16 | 7,192.19 | 01/28 | 58,740.63 |
| 01/08 | 22,030.30 | 01/17 | 18,159.78 | 01/29 | 44,533.36 |
| 01/09 | 87.82 | 01/21 | 24,844.12 | 01/30 | 57,362.72 |
| 01/10 | 14,661.16 | 01/22 | 13,288.02 | 01/31 | 4,067.06 |
| 01/13 | 28,242.96 | 01/23 | 12,306.69 | | |
| 01/14 | 28,586.75 | 01/24 | 22,711.58 | | |





**HANCOCK WHITNEY**

PO Box 4019
Gulfport, MS 39502-4019
**Return Service Requested**

EQUAL HOUSING
**LENDER**

**FDIC**

Page: 1 of 5

Statements Dates
02/01/2025 - 02/28/2025

Account Number:
███1741

Images:
0

*TRUNC ACCTS* E0

**4589      100000 003**
**FIBRE TECH INC**
**2323 34TH WAY N**
**LARGO FL 33771**

**VISIT HANCOCKWHITNEY.COM TO ENROLL IN ONLINE BANKING WITH
ESTATEMENTS. CALL US AT 800-448-8812.**

## Checking Account Summary

| | | | | |
|---|---|---:|---|---:|
| PREVIOUS BALANCE | | 4,067.06 | AVERAGE BALANCE | |
| + | 46 CREDITS | 255,184.52 | | 22,820.20 |
| - | 165 DEBITS | 240,928.48 | YTD INTEREST PAID | |
| - | SERVICE CHARGES | 209.34 | | .00 |
| + | INTEREST PAID | .00 | | |
| | ENDING BALANCE | 18,113.76 | | |

**\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \***

### ● Deposits and Other Credits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 02/03 | 1,230.00 | 534701730300621 BANKCARD 1250 025034001890830CCD | | | 025041003977317CCD |
| 02/03 | 4,000.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 | 02/10 | 4,590.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 |
| 02/03 | 7,456.00 | 534701730300621 BANKCARD 1250 025034001850728CCD | 02/10 | 4,625.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 |
| 02/03 | 8,020.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 | 02/11 | 15,324.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 |
| 02/04 | 9,173.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 | 02/12 | 6,906.00 | 534701730300621 BANKCARD 1250 025043004779881CCD |
| 02/05 | 278.19 | REMOTE DEPOSIT CAPTURE REF # 0000001 | 02/12 | 10,756.38 | REMOTE DEPOSIT CAPTURE REF # 0000001 |
| 02/05 | 2,450.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 | 02/13 | 3,474.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 |
| 02/05 | 4,400.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 | 02/13 | 10,369.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 |
| 02/05 | 5,415.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 | 02/13 | 15,708.00 | 534701730300621 BANKCARD 1250 025044005035672CCD |
| 02/05 | 14,439.00 | 534701730300621 BANKCARD 1250 025036002884230CCD | 02/14 | 5,500.00 | 534701730300621 BANKCARD 1250 025045005583803CCD |
| 02/06 | 2,000.00 | DEPOSIT | 02/14 | 6,300.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 |
| 02/06 | 8,042.80 | 534701730300621 BANKCARD 1250 025037003159497CCD | 02/18 | 900.00 | DEPOSIT |
| 02/07 | 4,796.00 | 534701730300621 BANKCARD 1250 025038003647198CCD | 02/18 | 1,496.15 | REMOTE DEPOSIT CAPTURE REF # 0000001 |
| 02/10 | 2,500.00 | 534701730300621 BANKCARD 1250 | 02/18 | 3,400.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 |

100000003

In case of errors or questions about your electronic transfers, telephone or write us at the address listed as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Notice About Electronic Check Conversion**
When you provide a check payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

| |
|---|
| Hancock Whitney<br>Attn. Deposit Services<br>P.O. Box 4019<br>Gulfport, MS 39502<br>1-800-448-8812 |

---

### Handyline Information

**Interest Charges:** Interest Charges have been computed on your Handyline Account by applying each Daily Periodic Rate disclosed on the face of this statement to the Daily Balance of your Account over the current billing cycle, and then multiplying the resulting product by the number of days in the billing cycle. The Daily Balance of your Account has been computed by totaling the "Closing Principal Balance" of your Account for each day of your billing cycle and dividing the resulting total by the number of days in the billing cycle.

The closing Principal Balance of your Account for each day of the billing cycle was computed by taking into consideration payments, credits, loan advances and other debits posted to your Account over the billing cycle, but disregarding any unpaid Interest Charges. Interest Charges have been assessed on new loans and other debits under your Account from date of posting, and there is not a time period within which payments may be made in order to completely avoid Interest Charges.

Provided you have not made at least the minimum payment due within fourteen days of the statement date:

1. If you have an unsecured Handyline Account, your checking account has been charged with a minimum payment equal to 1/20th of the disclosed New Balance on the face of this statement (less any amount disputed by you), or $25.00, whichever is greater. If the New Balance of your Account was less than $25.00, your checking account has been charged for the entire New Balance (less any amount disputed by you).
2. If you have a secured Handyline Account, your checking account has been charged with a minimum payment equal to 1/50th of the disclosed New Balance on the face of this statement (less any amount disputed by you), or $100.00, whichever is greater. If the New Balance of your Account was less than $100.00, your checking account has been charged for the entire New Balance (less any amount disputed by you).

You have the option to make additional payments in excess of the minimum payment on your Handyline Account in any amount and at any time, thus reducing your exposure to additional Interest Charges. Payments should be mailed to: Lending Services, P.O. Box 4020, Gulfport, MS 39502, Attn: Handyline. Payments we receive at the above address by 10:00 A.M. will be credited to your Handyline Account as of the date of receipt. Handyline payments made at other bank locations will be promptly credited to your Account, but in no event longer than five (5) days after receipt.

### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at Hancock Whitney Lending Services, P.O. Box 4019, Gulfport, MS 39502-0420 and include the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. Hancock Whitney clients may call us at 1-800-448-8812, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### THIS FORM IS PROVIDED TO YOU TO HELP YOU BALANCE YOUR BANK STATEMENT

**CHECK / DEBIT TRANSACTIONS OUTSTANDING THIS MONTH**
(Not charged to your account as of statement date)

| Check # or Transaction Type | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

BANK BALANCE AS SHOWN ON THIS STATEMENT    $_____

Deposits Not Credited In This Statement Cycle (If Any)    $_____
_____
_____
_____

Add Total of Deposits Not Credited    +$_____

Subtract Total Outstanding Checks/Debits    -$_____

BALANCE    =$_____

This balance should agree with your checkbook balance. Remember to deduct service charges/fees (if any) shown on your statement this month.



EQUAL HOUSING
**LENDER**

FDIC

Page: 2 of 5

Statements Dates
02/01/2025 - 02/28/2025

Account Number:
████1741

Images:
0

*TRUNC ACCTS* E0

PO Box 4019
Gulfport, MS 39502-4019
**Return Service Requested**

FIBRE TECH INC
2323 34TH WAY N
LARGO FL  33771

## Deposits and Other Credits

| Date | Amount | Description | Date | Amount | Description |
|------|--------|-------------|------|--------|-------------|
| 02/18 | 6,000.00 | REMOTE DEPOSIT CAPTURE | | | REF # 0000001 |
| | REF # 0000001 | | 02/25 | 6,495.00 | REMOTE DEPOSIT CAPTURE |
| 02/18 | 8,300.00 | REMOTE DEPOSIT CAPTURE | | REF # 0000001 | |
| | REF # 0000001 | | 02/26 | 4,200.00 | REMOTE DEPOSIT CAPTURE |
| 02/19 | 2,050.00 | REMOTE DEPOSIT CAPTURE | | REF # 0000001 | |
| | REF # 0000001 | | 02/26 | 4,300.00 | REMOTE DEPOSIT CAPTURE |
| 02/19 | 5,350.00 | REMOTE DEPOSIT CAPTURE | | REF # 0000001 | |
| | REF # 0000001 | | 02/26 | 5,100.00 | REMOTE DEPOSIT CAPTURE |
| 02/19 | 7,900.00 | REMOTE DEPOSIT CAPTURE | | REF # 0000001 | |
| | REF # 0000001 | | 02/27 | 4,960.00 | REMOTE DEPOSIT CAPTURE |
| 02/20 | 8,594.00 | 534701730300621 BANKCARD 1250 | | REF # 0000001 | |
| | | 025051006953498CCD | 02/27 | 5,717.00 | 534701730300621 BANKCARD 1250 |
| 02/21 | 3,700.00 | REMOTE DEPOSIT CAPTURE | | | 025058009107848CCD |
| | REF # 0000001 | | 02/27 | 6,300.00 | REMOTE DEPOSIT CAPTURE |
| 02/24 | 750.00 | REMOTE DEPOSIT CAPTURE | | REF # 0000001 | |
| | REF # 0000001 | | 02/28 | 2,000.00 | 534701730300621 BANKCARD 1250 |
| 02/24 | 4,920.00 | REMOTE DEPOSIT CAPTURE | | | 025059009370447CCD |
| | REF # 0000001 | | 02/28 | 4,200.00 | REMOTE DEPOSIT CAPTURE |
| 02/25 | 800.00 | REMOTE DEPOSIT CAPTURE | | REF # 0000001 | |



## Checks

| Date | Serial | | Amount | Date | Serial | | Amount |
|------|--------|---|--------|------|--------|---|--------|
| 02/19 | 33723 | * | 214.70 | 02/03 | 34374 | | 150.00 |
| 02/11 | 34155 | * | 240.00 | 02/03 | 34375 | | 850.00 |
| 02/11 | 34188 | * | 80.00 | 02/03 | 34376 | | 120.00 |
| 02/11 | 34214 | * | 100.00 | 02/03 | 34377 | | 8,041.25 |
| 02/11 | 34274 | * | 80.00 | 02/03 | 34378 | | 100.00 |
| 02/04 | 34282 | * | 50.00 | 02/10 | 34379 | | 1,530.21 |
| 02/04 | 34323 | * | 600.00 | 02/10 | 34380 | | 652.44 |
| 02/03 | 34348 | * | 1,537.50 | 02/05 | 34381 | | 1,326.77 |
| 02/03 | 34353 | * | 560.00 | 02/04 | 34382 | | 656.25 |
| 02/04 | 34354 | | 191.69 | 02/04 | 34383 | | 523.20 |
| 02/04 | 34356 | * | 1,454.08 | 02/10 | 34384 | | 652.44 |
| 02/04 | 34357 | | 22.68 | 02/10 | 34385 | | 94.26 |
| 02/04 | 34361 | * | 4.82 | 02/05 | 34386 | | 1,762.70 |
| 02/03 | 34364 | * | 1,088.56 | 02/12 | 34387 | | 161.76 |
| 02/04 | 34365 | | 172.54 | 02/10 | 34388 | | 22.68 |
| 02/03 | 34366 | | 193.14 | 02/07 | 34389 | | 1,063.89 |
| 02/05 | 34368 | * | 897.73 | 02/12 | 34391 | * | 1,200.00 |
| 02/04 | 34369 | | 255.37 | 02/06 | 34392 | | 450.00 |
| 02/05 | 34370 | | 1,340.00 | 02/10 | 34393 | | 323.93 |
| 02/05 | 34371 | | 800.00 | 02/10 | 34394 | | 25.51 |
| 02/03 | 34372 | | 812.00 | 02/18 | 34395 | | 28.76 |
| 02/03 | 34373 | | 300.00 | 02/07 | 34396 | | 41.27 |







PO Box 4019
Gulfport, MS 39502-4019
**Return Service Requested**

4589

Page: 3 of 5

Statements Dates
02/01/2025 - 02/28/2025

Account Number: 
████1741

Images:
0

*TRUNC ACCTS* E0

FIBRE TECH INC
2323 34TH WAY N
LARGO FL 33771

## ● Checks

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| 02/07 | 34397 | 36.67 | 02/19 | 34433 | 907.86 |
| 02/11 | 34398 | 78.04 | 02/14 | 34434 | 480.00 |
| 02/10 | 34399 | 25.39 | 02/14 | 34435 | 720.00 |
| 02/11 | 34400 | 397.54 | 02/24 | 34436 | 229.62 |
| 02/12 | 34401 | 1,000.00 | 02/19 | 34437 | 1,024.94 |
| 02/12 | 34402 | 693.53 | 02/24 | 34438 | 110.86 |
| 02/07 | 34403 | 2,221.51 | 02/24 | 34439 | 681.97 |
| 02/11 | 34404 | 575.00 | 02/24 | 34440 | 28.41 |
| 02/10 | 34406 * | 500.00 | 02/20 | 34441 | 1,408.00 |
| 02/10 | 34407 | 900.69 | 02/24 | 34442 | 520.02 |
| 02/10 | 34408 | 120.00 | 02/20 | 34443 | 147.23 |
| 02/12 | 34409 | 96.14 | 02/20 | 34444 | 389.67 |
| 02/10 | 34410 | 1,200.00 | 02/26 | 34445 | 1,000.00 |
| 02/25 | 34411 | 160.00 | 02/25 | 34446 | 620.00 |
| 02/12 | 34412 | 1,181.76 | 02/26 | 34447 | 458.43 |
| 02/13 | 34413 | 41.09 | 02/26 | 34448 | 217.00 |
| 02/12 | 34414 | 173.78 | 02/24 | 34450 * | 63.67 |
| 02/18 | 34415 | 767.47 | 02/26 | 34451 | 28.08 |
| 02/19 | 34416 | 1,784.76 | 02/24 | 34452 | 212.00 |
| 02/21 | 34417 | 118.56 | 02/25 | 34453 | 181.90 |
| 02/21 | 34418 | 1,000.00 | 02/25 | 34454 | 376.50 |
| 02/19 | 34419 | 39.54 | 02/21 | 34455 | 1,200.00 |
| 02/25 | 34420 | 750.00 | 02/24 | 34458 * | 780.00 |
| 02/19 | 34421 | 891.63 | 02/25 | 34459 | 126.31 |
| 02/20 | 34422 | 541.80 | 02/25 | 34461 * | 80.00 |
| 02/14 | 34423 | 2,916.00 | 02/28 | 34462 | 1,122.76 |
| 02/25 | 34424 | 325.00 | 02/26 | 34463 | 1,042.71 |
| 02/14 | 34425 | 1,944.00 | 02/26 | 34464 | 805.50 |
| 02/14 | 34426 | 98.25 | 02/28 | 34465 | 1,693.73 |
| 02/18 | 34427 | 13.89 | 02/25 | 34466 | 14.09 |
| 02/18 | 34428 | 31.74 | 02/26 | 34467 | 133.69 |
| 02/21 | 34429 | 1,200.00 | 02/25 | 34468 | 115.00 |
| 02/18 | 34430 | 1,893.98 | 02/27 | 34470 * | 127.78 |
| 02/19 | 34431 | 1,521.70 | 02/27 | 34473 * | 294.67 |
| 02/19 | 34432 | 438.00 | 02/28 | 34474 | 562.82 |

## ● Other Debits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 02/03 | 235.00 | QBooks Onl   INTUIT *  025034001997837CCD | 02/03 | 1,043.40 | SALE       BELL COMPUTER SE  025034001948139CCD |
| 02/03 | 588.92 | PCS SVC      T-MOBILE  025034001828548WEB | 02/03 | 2,094.98 | 534701730300621 BANKCARD 1250  025034001967385CCD |
| 02/03 | 997.83 | SALE       BELL COMPUTER SE  025034001948053CCD | 02/03 | 3,025.00 | CASHCD      BIZZUKA INC  025034001775541CCD |





PO Box 4019
Gulfport, MS 39502-4019
**Return Service Requested**

**EQUAL HOUSING LENDER**

Page: 4 of 5

Statements Dates
02/01/2025 - 02/28/2025

Account Number:
▉1741

Images:
0

**\*TRUNC ACCTS\* E0**

FIBRE TECH INC
2323 34TH WAY N
LARGO FL  33771

## ● Other Debits



| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| | | | | | 025049006249961WEB |
| 02/04 | 816.69 | PAYMENT     WF | 02/18 | 100.00 | DEP ePay     DEP E-Payments |
| | | 025035002673231PPD | | | 025049006062228WEB |
| 02/04 | 3,000.00 | Debtor Pay   VERICORE, LLC | 02/18 | 100.00 | DEP ePay     DEP E-Payments |
| | | 025035002390275CCD | | | 025049006249959WEB |
| 02/05 | 32.95 | 9417449249   WATER BOY INC | 02/18 | 100.00 | DEP ePay     DEP E-Payments |
| | | 025036002676376WEB | | | 025049006249962WEB |
| 02/05 | 95.00 | 8664969669   WOW! | 02/18 | 100.00 | DEP ePay     DEP E-Payments |
| | | 025036002745160PPD | | | 025049006062227WEB |
| 02/06 | 34,017.65 | OUTGOING WIRE | 02/18 | 239.88 | WEB ORDER    GO DADDY.COM,INC |
| 02/06 | 36.00 | NSF CHARGE | | | 025049006262642CCD |
| 02/11 | 873.06 | PYMNT TEL    NORTHWESTERN MU | 02/19 | 1,000.00 | NEWACCTDwe   ACHIEVA CU |
| | | 025042004475379TEL | | | 025049006455071WEB |
| 02/11 | 3,000.00 | Debtor Pay   VERICORE, LLC | 02/19 | 3,000.00 | Debtor Pay   VERICORE, LLC |
| | | 025042004396249CCD | | | 025049006369275CCD |
| 02/12 | 100.00 | DEP ePay     DEP E-Payments | 02/20 | 29,463.18 | OUTGOING WIRE |
| | | 025043004779619WEB | 02/20 | 566.03 | BILL PAY     DUKEENERGY |
| 02/12 | 171.25 | 0265163001   QUIKRETE HOLDING | | | 025050006826063TEL |
| | | 025043004757530CCD | 02/21 | 100.00 | DEP ePay     DEP E-Payments |
| 02/13 | 26,239.67 | OUTGOING WIRE | | | 025052007467601WEB |
| 02/13 | 99.00 | QBooks Onl   INTUIT * | 02/21 | 100.00 | DEP ePay     DEP E-Payments |
| | | 025043004927852CCD | | | 025052007467602WEB |
| 02/13 | 100.00 | DEP ePay     DEP E-Payments | 02/24 | 100.00 | DEP ePay     DEP E-Payments |
| | | 025044005035407WEB | | | 025055007750871WEB |
| 02/13 | 452.39 | FREIGHT      R & L Carriers | 02/24 | 997.83 | SALE         BELL COMPUTER SE |
| | | 025044005074738PPD | | | 025055007824091CCD |
| 02/13 | 1,033.64 | C01          FLA DEPT REVENUE | 02/25 | 100.00 | DEP ePay     DEP E-Payments |
| | | 025044005035037CCD | | | 025056008321113WEB |
| 02/13 | 209.34 | ANALYSIS SERVICE CHG | 02/25 | 3,000.00 | Debtor Pay   VERICORE, LLC |
| 02/14 | 100.00 | DEP ePay     DEP E-Payments | | | 025056008231788CCD |
| | | 025045005583492WEB | 02/27 | 24,260.31 | OUTGOING WIRE |
| 02/14 | 100.00 | DEP ePay     DEP E-Payments | 02/27 | 78.00 | Emerg Mgmt   Emergency Mgmt |
| | | 025045005583494WEB | | | 025058009112901WEB |
| 02/14 | 100.00 | DEP ePay     DEP E-Payments | 02/27 | 19,700.32 | KemperAuto   Kemper Auto |
| | | 025045005583493WEB | | | 025057008648209WEB |
| 02/14 | 100.00 | DEP ePay     DEP E-Payments | 02/28 | 55.16 | WEB ORDER    GO DADDY.COM,INC |
| | | 025045005583491WEB | | | 025059009369809CCD |
| 02/14 | 184.00 | ACH Debit    COMIT DEVELOPERS | 02/28 | 100.00 | DEP ePay     DEP E-Payments |
| | | 025045005562916CCD | | | 025059009369562WEB |
| 02/14 | 3,744.65 | 0265163001   QUIKRETE HOLDING | 02/28 | 100.00 | DEP ePay     DEP E-Payments |
| | | 025045005557658CCD | | | 025059009369561WEB |
| 02/18 | 100.00 | DEP ePay     DEP E-Payments | 02/28 | 631.88 | WEB_PAY      WASTE CONNECTION |
| | | 025049006249960WEB | | | 025059009538736WEB |
| 02/18 | 100.00 | DEP ePay     DEP E-Payments | | | |







4589

Page: 5 of 5

Statements Dates
02/01/2025 - 02/28/2025

Account Number:
█████.741

Images:
0

*TRUNC ACCTS* E0

PO Box 4019
Gulfport, MS 39502-4019
**Return Service Requested**

FIBRE TECH INC
2323 34TH WAY N
LARGO FL  33771

- ### Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/31 | 4,067.06 | 02/11 | 17,727.82 | 02/21 | 30,357.78 |
| 02/03 | 3,035.48 | 02/12 | 30,611.98 | 02/24 | 32,303.40 |
| 02/04 | 4,461.16 | 02/13 | 31,987.85 | 02/25 | 33,749.60 |
| 02/05 | 25,188.20 | 02/14 | 33,300.95 | 02/26 | 43,664.19 |
| 02/06 | 727.35 | 02/18 | 49,821.38 | 02/27 | 16,180.11 |
| 02/07 | 2,160.01 | 02/19 | 54,298.25 | 02/28 | 18,113.76 |
| 02/10 | 7,827.46 | 02/20 | 30,376.34 | | |





PO Box 4019
Gulfport, MS 39502-4019
Return Service Requested

**EQUAL HOUSING LENDER**

FDIC

Page: 1 of 5

Statements Dates
03/01/2025 - 03/31/2025

Account Number:
█1741

Images:
0

*TRUNC ACCTS* E0

4528        100000 003
FIBRE TECH INC
2323 34TH WAY N
LARGO FL 33771

VISIT HANCOCKWHITNEY.COM TO ENROLL IN ONLINE BANKING WITH
ESTATEMENTS. CALL US AT 800-448-8812.

## Checking Account Summary

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 18,113.76 | AVERAGE BALANCE | 38,627.79 |
| + 45 CREDITS | 308,450.43 | | |
| - 163 DEBITS | 280,782.67 | YTD INTEREST PAID | |
| - SERVICE CHARGES | 168.81 | | .00 |
| + INTEREST PAID | .00 | | |
| ENDING BALANCE | 45,612.71 | | |

**\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \***

### • Deposits and Other Credits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 03/03 | 10.00 | INTRNL CREDIT CHK AMNT ERR 2/19 5252741364753 891.63/SB881.63 CHK#34621 | 03/10 | 13,760.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 |
| 03/03 | 700.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 | 03/11 | 1,228.19 | REMOTE DEPOSIT CAPTURE REF # 0000001 |
| 03/03 | 4,550.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 | 03/12 | 3,287.50 | REMOTE DEPOSIT CAPTURE REF # 0000001 |
| 03/04 | 6,500.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 | 03/12 | 13,249.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 |
| 03/04 | 12,010.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 | 03/14 | 12,450.00 | 534701730300621 BANKCARD 1250 025073003676243CCD |
| 03/05 | 13,350.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 | 03/17 | 700.00 | 534701730300621 BANKCARD 1250 025076004021047CCD |
| 03/06 | 874.47 | REMOTE DEPOSIT CAPTURE REF # 0000001 | 03/17 | 2,241.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 |
| 03/06 | 2,500.00 | 534701730300621 BANKCARD 1250 025065001351001CCD | 03/17 | 18,530.69 | 534701730300621 BANKCARD 1250 025076004060657CCD |
| 03/06 | 17,637.50 | REMOTE DEPOSIT CAPTURE REF # 0000001 | 03/19 | 1,000.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 |
| 03/07 | 4,675.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 | 03/19 | 1,883.00 | DEPOSIT |
| 03/07 | 6,200.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 | 03/19 | 5,200.00 | REMOTE DEPOSIT CAPTURE |
| 03/10 | 5,295.00 | 534701730300621 BANKCARD 1250 025069002047933CCD | 03/19 | 14,633.00 | 534701730300621 BANKCARD 1250 025078004900913CCD |
| 03/10 | 6,018.46 | 534701730300621 BANKCARD 1250 025069002089719CCD | 03/20 | 810.00 | REMOTE DEPOSIT CAPTURE REF # 0000001 |
| | | | 03/20 | 1,650.00 | REMOTE DEPOSIT CAPTURE |

100000003

In case of errors or questions about your electronic transfers, telephone or write us at the address listed as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

> Hancock Whitney
> Attn: Deposit Services
> P.O. Box 4019
> Gulfport, MS 39502
> 1-800-448-8812

**Notice About Electronic Check Conversion**
When you provide a check payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

---

### Handyline Information

**Interest Charges:** Interest Charges have been computed on your Handyline Account by applying each Daily Periodic Rate disclosed on the face of this statement to the Daily Balance of your Account over the current billing cycle, and then multiplying the resulting product by the number of days in the billing cycle. The Daily Balance of your Account has been computed by totaling the "Closing Principal Balance" of your Account for each day of your billing cycle and dividing the resulting total by the number of days in the billing cycle.

The closing Principal Balance of your Account for each day of the billing cycle was computed by taking into consideration payments, credits, loan advances and other debits posted to your Account over the billing cycle, but disregarding any unpaid Interest Charges. Interest Charges have been assessed on new loans and other debits under your Account from date of posting, and there is not a time period within which payments may be made in order to completely avoid Interest Charges.

Provided you have not made at least the minimum payment due within fourteen days of the statement date:

1. If you have an unsecured Handyline Account, your checking account has been charged with a minimum payment equal to 1/20th of the disclosed New Balance on the face of this statement (less any amount disputed by you), or of $25.00, whichever is greater. If the New Balance of your Account was less than $25.00, your checking account has been charged for the entire New Balance (less any amount disputed by you).
2. If you have a secured Handyline Account, your checking account has been charged with a minimum payment equal to 1/50th of the disclosed New Balance on the face of this statement (less any amount disputed by you), or of $100.00, whichever is greater. If the New Balance of your Account was less than $100.00, your checking account has been charged for the entire New Balance (less any amount disputed by you).

You have the option to make additional payments in excess of the minimum payment on your Handyline Account in any amount and at any time, thus reducing your exposure to additional Interest Charges. Payments should be mailed to: Lending Services, P.O. Box 4020, Gulfport, MS 39502, Attn: Handyline. Payments we receive at the above address by 10:00 A.M. will be credited to your Handyline Account as of the date of receipt. Handyline payments made at other bank locations will be promptly credited to your Account, but in no event longer than five (5) days after receipt.

### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at Hancock Whitney Lending Services, P.O. Box 4019, Gulfport, MS 39502-0420 and include the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. Hancock Whitney clients may call us at 1-800-448-8812, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECK / DEBIT TRANSACTIONS OUTSTANDING THIS MONTH
(Not charged to your accounts as of statement date)

| Check # or Transaction Type | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

BANK BALANCE AS SHOWN
ON THIS STATEMENT                      $ _____

Deposits Not Credited In
This Statement Cycle

(If Any)   $ _____
_____
_____
_____

Add Total of Deposits Not Credited   +$ _____

Subtract Total Outstanding
Checks/Debits                         -$ _____

BALANCE                               =$ _____

This balance should agree with your checkbook balance. Remember to deduct service charges/fees (if any) shown on your statement this month.



PO Box 4019
Gulfport, MS 39502-4019
**Return Service Requested**

**EQUAL HOUSING LENDER**

Page: 2 of 5

Statements Dates
03/01/2025 - 03/31/2025

Account Number:
███1741

Images:
0

*TRUNC ACCTS* E0

**FIBRE TECH INC**
**2323 34TH WAY N**
**LARGO FL 33771**

### • Deposits and Other Credits

| Date | Amount | Description | Date | Amount | Description |
|------|--------|-------------|------|--------|-------------|
| REF # 0000001 | | | REF # 0000001 | | |
| 03/20 | 3,300.00 | 534701730300621 BANKCARD 1250 02507900528704BCCD | 03/26 | 4,047.00 | REMOTE DEPOSIT CAPTURE |
| 03/20 | 5,992.00 | REMOTE DEPOSIT CAPTURE | 03/26 | 14,915.95 | 534701730300621 BANKCARD 1250 025085006725801CCD |
| REF # 0000001 | | | REF # 0000001 | | |
| 03/21 | 7,095.00 | REMOTE DEPOSIT CAPTURE | 03/27 | 3,000.00 | 534701730300621 BANKCARD 1250 025086006987150CCD |
| REF # 0000001 | | | | | |
| 03/21 | 11,509.00 | 534701730300621 BANKCARD 1250 025080005632922CCD | 03/27 | 14,990.00 | REMOTE DEPOSIT CAPTURE |
| 03/21 | 33,337.20 | EDI PYMNTS   SZ Waco Apartmen 025080005552873CCD | 03/28 | 1,000.00 | REMOTE DEPOSIT CAPTURE |
| | | | REF # 0000001 | | |
| 03/24 | 550.00 | 534701730300621 BANKCARD 1250 025083005911274CCD | 03/28 | 3,075.00 | DEPOSIT |
| 03/24 | 1,500.00 | REMOTE DEPOSIT CAPTURE | 03/28 | 8,300.00 | DEPOSIT |
| REF # 0000001 | | | 03/31 | 3,400.00 | WEB PMTS   Northpoint Asset 025090007837259PPD |
| 03/24 | 11,304.32 | 534701730300621 BANKCARD 1250 025083005950408CCD | 03/31 | 7,096.00 | 534701730300621 BANKCARD 1250 025090007858579CCD |
| 03/25 | 3,096.15 | REMOTE DEPOSIT CAPTURE | | | |

### • Checks



| Date | Serial | Amount | Date | Serial | Amount |
|------|--------|--------|------|--------|--------|
| 03/06 | | 500.00 | 03/05 | 34490 | 259.68 |
| 03/13 | | 500.00 | 03/07 | 34492 * | 610.52 |
| 03/20 | | 300.00 | 03/12 | 34494 * | 1,000.00 |
| 03/05 | 34457 | 364.30 | 03/12 | 34495 | 2,028.12 |
| 03/10 | 34460 * | 652.44 | 03/10 | 34496 | 40.66 |
| 03/03 | 34469 * | 177.88 | 03/19 | 34497 | 272.21 |
| 03/18 | 34471 * | 266.97 | 03/12 | 34498 | 435.00 |
| 03/07 | 34472 | 10.00 | 03/10 | 34499 | 40.66 |
| 03/03 | 34475 * | 2,515.68 | 03/12 | 34500 | 470.80 |
| 03/03 | 34476 | 250.00 | 03/18 | 34501 | 325.00 |
| 03/04 | 34477 | 3,080.05 | 03/17 | 34502 | 362.63 |
| 03/07 | 34478 | 520.02 | 03/12 | 34503 | 192.18 |
| 03/10 | 34479 | 374.40 | 03/14 | 34504 | 35.82 |
| 03/05 | 34480 | 997.76 | 03/12 | 34505 | 136.35 |
| 03/03 | 34481 | 250.00 | 03/12 | 34506 | 33.98 |
| 03/10 | 34482 | 496.10 | 03/11 | 34507 | 722.25 |
| 03/05 | 34483 | 2,835.50 | 03/17 | 34508 | 102.46 |
| 03/10 | 34484 | 501.35 | 03/17 | 34509 | 325.00 |
| 03/05 | 34485 | 63.13 | 03/10 | 34510 | 1,414.00 |
| 03/05 | 34486 | 158.25 | 03/12 | 34511 | 86.94 |
| 03/06 | 34487 | 291.92 | 03/07 | 34513 * | 1,500.00 |
| 03/10 | 34488 | 23.91 | 03/12 | 34515 * | 1,174.44 |
| 03/05 | 34489 | 52.23 | 03/12 | 34516 | 165.65 |

  

4528

Page: 3 of 5

Statements Dates
03/01/2025 - 03/31/2025

PO Box 4019
Gulfport, MS 39502-4019
Return Service Requested

Account Number:
██████1741

Images:
0

FIBRE TECH INC
2323 34TH WAY N
LARGO FL 33771

*TRUNC ACCTS* E0

## • **Checks**

| Date | Serial | | Amount | Date | Serial | | Amount |
|------|--------|---|--------|------|--------|---|--------|
| 03/17 | 34518 | * | 1,655.17 | 03/21 | 34559 | * | 324.39 |
| 03/25 | 34519 | | 181.85 | 03/24 | 34561 | * | 104.33 |
| 03/13 | 34521 | * | 285.65 | 03/28 | 34562 | | 1,697.23 |
| 03/17 | 34522 | | 26.91 | 03/24 | 34563 | | 2,057.35 |
| 03/18 | 34523 | | 142.26 | 03/26 | 34564 | | 400.00 |
| 03/13 | 34524 | | 50.12 | 03/28 | 34565 | | 50.00 |
| 03/14 | 34525 | | 66.17 | 03/24 | 34566 | | 15.72 |
| 03/13 | 34526 | | 127.70 | 03/26 | 34567 | | 4,000.00 |
| 03/17 | 34527 | | 247.01 | 03/24 | 34568 | | 69.62 |
| 03/17 | 34528 | | 177.94 | 03/21 | 34569 | | 41.28 |
| 03/12 | 34529 | | 4,169.13 | 03/21 | 34570 | | 1,600.00 |
| 03/17 | 34530 | | 14.18 | 03/25 | 34571 | | 11,255.00 |
| 03/14 | 34531 | | 249.96 | 03/27 | 34572 | | 410.35 |
| 03/17 | 34532 | | 80.20 | 03/24 | 34574 | * | 292.00 |
| 03/19 | 34533 | | 10,494.80 | 03/31 | 34575 | | 1,632.71 |
| 03/17 | 34534 | | 125.68 | 03/25 | 34577 | * | 914.23 |
| 03/17 | 34535 | | 16.86 | 03/26 | 34578 | | 487.50 |
| 03/19 | 34536 | | 480.80 | 03/26 | 34580 | * | 121.72 |
| 03/17 | 34537 | | 765.59 | 03/27 | 34581 | | 1,894.86 |
| 03/18 | 34538 | | 858.03 | 03/31 | 34582 | | 170.67 |
| 03/17 | 34539 | | 1,116.16 | 03/31 | 34583 | | 31.74 |
| 03/17 | 34540 | | 474.72 | 03/28 | 34584 | | 22,516.30 |
| 03/17 | 34541 | | 330.00 | 03/28 | 34586 | * | 483.44 |
| 03/18 | 34542 | | 41.73 | 03/28 | 34587 | | 990.00 |
| 03/18 | 34543 | | 830.46 | 03/31 | 34588 | | 76.92 |
| 03/19 | 34544 | | 203.19 | 03/28 | 34589 | | 299.75 |
| 03/18 | 34545 | | 224.03 | 03/31 | 34590 | | 637.17 |
| 03/19 | 34546 | | 98.63 | 03/28 | 34591 | | 800.00 |
| 03/21 | 34547 | | 15.85 | 03/28 | 34592 | | 1,492.00 |
| 03/18 | 34548 | | 12.28 | 03/31 | 34593 | | 186.07 |
| 03/24 | 34550 | * | 784.42 | 03/31 | 34594 | | 1,161.51 |
| 03/19 | 34551 | | 139.06 | 03/31 | 34597 | * | 54.85 |
| 03/21 | 34552 | | 377.20 | 03/31 | 34598 | | 63.96 |
| 03/24 | 34554 | * | 174.36 | 03/31 | 34603 | * | 425.33 |
| 03/24 | 34555 | | 609.90 | 03/28 | 34604 | | 300.00 |
| 03/24 | 34556 | | 93.04 | 03/11 | 934493 | * | 10,494.80 |
| 03/19 | 34557 | | 2,726.75 | | | | |

## • **Other Debits**

| Date | Amount | Description | Date | Amount | Description |
|------|--------|-------------|------|--------|-------------|
| 03/03 | 50.06 | BILL PAY      DUKEENERGY 02506201006375 1TEL | 03/03 | 100.00 | DEP ePay      DEP E-Payments 025062009895810WEB |
| 03/03 | 100.00 | DEP ePay      DEP E-Payments 025062009895809WEB | 03/03 | 176.62 | 0285383001   ZOOMLIEN FKA NAC 025062009845055CCD |



Statements Dates
03/01/2025 - 03/31/2025

Account Number:
▮▮▮1741

Images:
0

*TRUNC ACCTS* E0



PO Box 4019
Gulfport, MS 39502-4019
Return Service Requested

**FIBRE TECH INC**
**2323 34TH WAY N**
**LARGO FL 33771**

### • Other Debits

| Date | Amount | Description | Date | Amount | Description |
|------|--------|-------------|------|--------|-------------|
| 03/03 | 235.00 | QBooks Onl   INTUIT * 025062010046220CCD | 03/17 | 184.00 | 025076004020710WEB ACH Debit   COMIT DEVELOPERS |
| 03/03 | 263.50 | 0265163001   QUIKRETE HOLDING 025062009845043CCD | 03/18 | 142.87 | 025076004001468CCD FREIGHT   R & L Carriers 025076004383920PPD |
| 03/03 | 543.50 | PCS SVC   T-MOBILE 025059009708202WEB | 03/18 | 1,000.00 | NEWACCTDwe   ACHIEVA CU 025076004384967WEB |
| 03/03 | 2,164.57 | 534701730300621 BANKCARD 1250 025062010013252CCD | 03/18 | 2,979.23 | SALE   BIRCHWOOD LANDCA 025077004435030CCD |
| 03/03 | 3,025.00 | CASHCD   BIZZUKA INC 025062009809457CCD | 03/18 | 3,000.00 | Debtor Pay   VERICORE, LLC 025077004493881CCD |
| 03/04 | 816.69 | PAYMENT   WF 025063000745843PPD | 03/19 | 223.91 | FERRELLGAS   FERRELL GAS 025078004900953WEB |
| 03/04 | 3,000.00 | Debtor Pay   VERICORE, LLC 025063000454940CCD | 03/20 | 4,026.13 | OUTGOING WIRE |
| 03/05 | 13.80 | 9417449249   WATER BOY INC 025063000749278WEB | 03/20 | 30,588.92 | OUTGOING WIRE |
| 03/05 | 2,191.50 | 0265163001   QUIKRETE HOLDING 025064000918302CCD | 03/20 | 1,129.44 | FREIGHT   R & L Carriers 025078005078779PPD |
| 03/06 | 26,150.12 | OUTGOING WIRE | 03/20 | 7,626.35 | SALE   BIRCHWOOD LANDCA 025079005131149CCD |
| 03/07 | 95.00 | 8664969669   WOW! 025066001571220PPD | 03/24 | 100.00 | DEP ePay   DEP E-Payments 025083005916979WEB |
| 03/11 | 891.01 | C01   FLA DEPT REVENUE 025070002601632CCD | 03/24 | 500.22 | BILL PAY   DUKEENERGY 025080005669198TEL |
| 03/11 | 900.00 | SALE   MUTCHNICK & ASSO 025070002444798CCD | 03/24 | 1,461.61 | Debtor Pay   VERICORE, LLC 025083005843960CCD |
| 03/11 | 1,221.83 | SALE   LIVJAXDAN, INC 025070002444576CCD | 03/25 | 267.46 | FREIGHT   R & L Carriers 025083006249730PPD |
| 03/11 | 1,478.76 | SALE   BELL COMPUTER SE 025070002444782CCD | 03/26 | 100.00 | DEP ePay   DEP E-Payments 025085006725584CCD |
| 03/11 | 3,000.00 | Debtor Pay   VERICORE, LLC 025070002500938CCD | 03/26 | 100.00 | DEP ePay   DEP E-Payments 025085006725586WEB |
| 03/12 | 100.00 | DEP ePay   DEP E-Payments 025071002893839WEB | 03/27 | 30,013.77 | OUTGOING WIRE |
| 03/13 | 26,841.60 | OUTGOING WIRE | 03/28 | 631.88 | WEB_PAY   WASTE CONNECTION 025087007502274WEB |
| 03/13 | 99.00 | QBooks Onl   INTUIT * 025071003022770CCD | 03/31 | 77.22 | BILL PAY   DUKEENERGY 025090007967114TEL |
| 03/13 | 168.81 | ANALYSIS SERVICE CHG | 03/31 | 135.27 | FREIGHT   R & L Carriers 025087007711339PPD |
| 03/17 | 100.00 | DEP ePay   DEP E-Payments | | | |

### • Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 02/28 | 18,113.76 | 03/05 | 31,549.06 | 03/10 | 55,288.39 |
| 03/03 | 13,521.95 | 03/06 | 25,618.99 | 03/11 | 37,807.93 |
| 03/04 | 25,135.21 | 03/07 | 33,758.45 | 03/12 | 44,351.84 |



  

4528

Page: 5 of 5

Statements Dates
03/01/2025 - 03/31/2025

PO Box 4019
Gulfport, MS 39502-4019
**Return Service Requested**

Account Number: ████1741

Images:
0

*TRUNC ACCTS* E0

**FIBRE TECH INC**
**2323 34TH WAY N**
**LARGO FL  33771**

- **Balance By Date**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 03/13 | 16,278.96 | 03/20 | 10,079.14 | 03/27 | 56,655.73 |
| 03/14 | 28,377.01 | 03/21 | 59,661.62 | 03/28 | 39,770.13 |
| 03/17 | 43,744.19 | 03/24 | 66,753.37 | 03/31 | 45,612.71 |
| 03/18 | 33,921.33 | 03/25 | 57,230.98 | | |
| 03/19 | 41,997.98 | 03/26 | 70,984.71 | | |

# United States Bankruptcy Court
## Middle District of Florida

In re    **Fibre-Tech Inc.**

Debtor(s)

Case No.    **25-02205**

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Scott Morris**<br>**3851 Shore Blvd.**<br>**Oldsmar, FL 34677** | | | **95% interest** |
| **Seth Morris**<br>**3570 63rd Way N**<br>**Saint Petersburg, FL 33710** | | | **5% interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 25, 2025**

Signature    **/s/ Seth Aaron Morris**

**Seth Aaron Morris**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re   **Fibre-Tech Inc.** _____     Case No.   **25-02205** _____

                                    Debtor(s)          Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   **April 25, 2025** _____          **/s/ Seth Aaron Morris** _____
                                          **Seth Aaron Morris**/**Vice President**
                                          Signer/Title

Fibre-Tech Inc.
2323 34th Way N.
Largo, FL 33771

BBB of West Florida
c/o Karen W. Nalven, R.A.
2655 McCormick Dr.
Clearwater, FL 33759

Cynthia Kielb
13961 86th Ave
Seminole, FL 33776

Alberto ("Al") F. Gomez, Jr.
Johnson, Pope, Bokor,
  Ruppel & Burns, LLP
400 N Ashley Dr. #3100
Tampa, FL 33602

Bradley & Kathy Pendergrass
1906 Dove Field Place
Brandon, FL 33510

Daniel & Christina Angel
8327 15th St N
Saint Petersburg, FL 33702

3 Prime Financial
3495 Hamilton Ave
Sarasota, FL 34242

Brian W Borders
6760 10th Avenue Terrace S
Saint Petersburg, FL 33707

David Ervast
4617 Oak River Cir.
Valrico, FL 33596

Advanced Data Solutions
PO Box 248
Oldsmar, FL 34677

Carlton Fields
4221 W Boy Scout Blvd #1000
Tampa, FL 33607

Deborah and Simon Horsey
3408 Ohio Ave
Tampa, FL 33611

Amazon Capital Services
PO Box 035184
Seattle, WA 98124

Chase (Amazon Prime)
Attn:  General Counsel
PO Box 81226
Seattle, WA 98108-1226

E.E.I. Security
PO Box 17849
Tampa, FL 33682

AO Prop Co 1 LLC
c/o Northpointam
333 3rd Ave N #400
Saint Petersburg, FL 33701

Cintas Corporation
6800 Cintas Blvd.
Mason, OH 45040

Eagles Walk Spa
13761 Eagles Walk Dr
Clearwater, FL 33762

AOC LLC
15540 Collections Ctr Dr
Chicago, IL 60693

City of Murray Kentucky
c/o Hopkins Law Office
405 Maple Street, Ste. B
Murray, KY 42071

Englander & Fischer PA
712 First Ave. N.
Saint Petersburg, FL 33701

Armchem International Corp
3563 NW 53 Ct
Fort Lauderdale, FL 33309

Composites One LLC
955-10 National Pkwy
Schaumburg, IL 60173

Fiberlay, Inc.
1468 Northgate Blvd
Sarasota, FL 34234

Bank of America
PO Box 851001
Dallas, TX 75285

Crystal Clean LLC
c/o Janet O'Donnell, R.A.
300 Columbia Dr
Unit 1403
Cape Canaveral, FL 32920

FL Dep of Revenue
Collection Agency Section
5050 W Tennessee St.
Tallahassee, FL 32399

FL Swimming Pool Assoc.
c/o Elizabeth McMurray, R.A.
2555 Porter Lake Dr.
Suite 106
Sarasota, FL 34240

Gayle Teri
Valley Dale RO Ass.
37501 Martindale Ave
Zephyrhills, FL 33542

Grainger
PO Box 419267
Dept 8262
Kansas City, MO 64141

Gulf Coast Chemical Corp.
101 Wayne Place
Tampa, FL 33619

Home Depot
Dept 32-2139347805
PO Box 9001030
Louisville, KY 40290

INEOS Composites US LLC
955 Yard St.
Suite 400
Columbus, OH 43212

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

James & Judy Nihiser
7110 91st St E
Palmetto, FL 34221

James Carini
2123 Pine Ridge Dr
Clearwater, FL 33763

JASM Limited Partnership
2323 34th Way N
Saint Petersburg, FL 33711

JNS-SmithChem LLC
90 6th Ave.
Paterson, NJ 07524

Joe Thornton
2936 Clubhouse Dr W
Clearwater, FL 33761

John & Heather Chalmers
1727 Penny Lane
Clearwater, FL 33756

John & Judith Osborne
3504 50th Ave E
Bradenton, FL 34203

Johnson, Pope, Bokor, Ruppel
400 N Ashley Dr #3100
Tampa, FL 33602

Kelley Ditto
1618 E Lake Dr
Fort Lauderdale, FL 33316

Kemper Auto Commercial
11700 Great Oaks Way #450
Alpharetta, GA 30022

Lauren Brickman
12125 100th Ave
Seminole, FL 33772

Lorrie Viola
403 Westborough Lane
Safety Harbor, FL 34695

Matthew Gil & Katrina Fins
631 Lake Forest Rd
Clearwater, FL 33765

Merrill Lynch
Document Processing
PO Box 31024
Tampa, FL 33631-3024

Michael Fisher
14401 Walden Sheffield Rd
Dover, FL 33527

Noble Tile Supply FL, Inc.
c/o Dustin Gunderson, VP
7440 State Hwy 121
McKinney, TX 75070

O'Reilly Automotive Stores
233 S. Patterson Ave.
Springfield, MO 65802

Olivier Milhaud
c/o South Seas Holding Lmtd
9315 9th Ave NW
Bradenton, FL 34209

Paul & Barbara Dugan
1218 Grenada Ave
Clearwater, FL 33764

Paver Supply Warehouse LLC
c/o Bhushan Lele
2301 34th Way North
Largo, FL 33771

Peninsula Polymers/DEEKS
3401 College Blvd. #230
Leawood, KS 66211

Seth A. Morris
3570 63rd Way N.
Saint Petersburg, FL 33710

The Whitaker Company
d/b/a Whitaker Oil Company
1557 Marrietta Rd NW
Atlanta, GA 30318

Pinellas County Tax Collect
315 Court St. #300
Clearwater, FL 33756

Sherwin-Williams
101 W. Prospect Ave.
Cleveland, OH 44115

Total Essentials
19425 Soledad Canyon Rd #241
Canyon Country, CA 91351

Pool & Hot Tub Alliance
1650 King St.
Suite 602
Alexandria, VA 22314

St. Joseph's Hospital North
Baycare Health System, Inc.
Attn:  Legal Svcs Dept
2985 Drew St
Clearwater, FL 33759

U.S. Saws, Inc.
c/o David W. Glynn, R.A.
8004 E. Broadway
Suite B
Tampa, FL 33619

R&L Carriers, Inc.
600 Gillam Rd
Wilmington, OH 45177

Stan & Margaret de Freitas
303 Arlington Ave W
Oldsmar, FL 34677

US Small Business Admin.
2 North St. #320
Birmingham, AL 35203

River Run Condominium Ass.
of Hernando Cnty Inc
6565 River Lodge Lane
Spring Hill, FL 34607

Sustainably Aquatics II LLC
c/o Scott A. Morris, R.A.
3851 Shore Blvd.
Oldsmar, FL 34677

Scott Morris
3851 Shore Blvd.
Oldsmar, FL 34677

SZ Waco Apts LLC & The Scion
Group LLC
2826 S University Parks Dr
Waco, TX 76706

Scott Morris
3851 Shore Blvd
Oldsmar, FL 34677

Tara & Terry Brumm
c/o Athena Pearl Riley
Bernhardt Riley, PLLC
108 Bailey Dr #2
Niceville, FL 32578

Scott Morris LMA Murray
3851 Shore Blvd.
Oldsmar, FL 34677

Texas Comptroller
111 E 17th St.
Austin, TX 78774

SCP Distributors LLC
109 Northpark Blvd
Covington, LA 70433

The Hartford
One Harford Plaza
Hartford, CT 06155